BISD   **RETURN OF SERVICE**   CAB-02-143

ORIGINAL

Service of the Summons and Complaint was made by me[1]

DATE: 07-26-02

NAME OF SERVER (PRINT): JUANITA SALDIVAR

TITLE: PROCESS SERVER   ③

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1900 E. PRICE ROAD BROWNSVILLE, TX. 78521

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

JUL 26 2002

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-26-02
                   Date

Signature of Server: *Juanita Saldivar*

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

[Notary seal: EDUARDO GONZALEZ, MY COMMISSION EXPIRES MARCH 21, 2006]

SUBSCRIBED AND SWORN TO BEFORE ME ON _____ TO CERTIFY WHICH WITNESS MY HAND AND OFFICIAL SEAL.

NOTARY PUBLIC  STATE OF TEXAS

[Filed stamp: 02 JUL 26 PM 2:56, MICHAEL N. MILBY, CLERK]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

0:26 A.M.