IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO DE PEÑA, VALENTIN PAZ and ANDRUS & PAZ, *a partnership* | § § § § | |
| VS. | § § § | CIVIL ACTION NO. B - 02 - 143 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, NOE SAUCEDA and EDDIE ERRISURIZ, JR. | § § § | (JURY REQUESTED) |

## PLAINTIFFS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW **STEPHEN M. ANDRUS, FERNANDO DE PEÑA, VALENTIN PAZ** and **ANDRUS & PAZ,** *a partnership*, Plaintiffs herein and file this their Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1) **Plaintiffs**
Stephen M. Andrus
Fernando de Peña
Valentin Paz
Andrus & Paz, a partnership

(2) **Plaintiffs' counsel**
J. Arnold Aguilar
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520

(3)  **Defendants**
Brownsville Independent School District
Noe Sauceda
Eddie Errisuriz, Jr.

(4)  **Defendants' counsel**
unknown at this time

(5)  Defendants have not yet identified their insurance carriers or risk pool associations.

Signed on this the ___26th___ day of July, 2002.

Respectfully submitted,

**LAW OFFICE
J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    : (956) 504-1100
Facsimile    : (956) 504-1408

By: _____
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

Attorney for Plaintiffs,
STEPHEN M. ANDRUS, FERNANDO DE PEÑA,
VALENTIN PAZ and ANDRUS & PAZ,
*a partnership*