Eddie Errisuriz
JAH10190

## RETURN OF SERVICE    CA B-02-143

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 07-29-02 |
| NAME OF SERVER (PRINT)  JUANITA SALDIVAR | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 1900 E. PRICE RD. BROWNSVILLE, TX 78521

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
JUL 3 0 2002
Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-29-02
             Date                    Signature of Server

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1318

SUBSCRIBED AND SWORN TO BEFORE ME ON ___ TO CERTIFY WHICH WITNESS MY HAND AND OFFICIAL SEAL

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
MARCH 21, 20__
NOTARY PUBLIC STATE OF TEXAS

NOTARY PUBLIC STATE OF TEXAS

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.