IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

STEPHEN M. ANDRUS, FERNANDO §
DE PEÑA, VALENTIN PAZ AND §
ANDRUS & PAZ, A PARTNERSHIP §
§
VS. §
§
BROWNSVILLE INDEPENDENT §
SCHOOL DISTRICT, NOE SAUCEDA §
AND EDDIE ERRISURIZ, JR. §

AUG 1 5 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-143
JURY REQUESTED

---

**DEFENDANT NOE SAUCEDA AND EDDIE ERRISURIZ, JR.'S
DISCLOSURE OF INTERESTED PARTIES**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, NOE SAUCEDA and EDDIE ERRISURIZ, JR., Defendants in the above

styled and numbered cause and files this their Disclosure of Interested Parties and Defendants'

counsel certifies that the only persons, associations, etc., that are known to these Defendants to be

financially interested in the outcome of this litigation are:

1.     Plaintiff Stephen M. Andrus

2.     Plaintiff Fernando De Pena

3.     Plaintiff Valentin Paz

4.     Plaintiff Andrus & Paz, a partnership

5.     Defendant Brownsville Independent School District

6.     Defendant Noe Sauceda

7.     Defendant Eddie Errisuriz, Jr.

8.     David Soliz

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

By: _____
        Eileen M. Leeds
        State Bar No. 00791093
        USDC Adm. No. 16799

        Charles Willette, Jr
        State Bar No. 21509700
        USDC Adm. No. 1937

## CERTIFICATE OF SERVICE

I hereby certify that on this the __/4__ day of August, 2002, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

**VIA CM/RRR # 7002 0460 0000 6652 6020**
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520

_____
Eileen M. Leeds

02-177 ANDRUS VS. SAUCEDA: INTERESTEDPARTIES
PAGE 2