United States District Court
Southern District of Texas
FILED

AUG 1 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, <br> FERNANDO DE PENA, <br> VALENTIN PAZ and <br> ANDRUS & PAZ, a Partnership <br><br> vs. <br><br> BROWNSVILLE INDEPENDENT <br> SCHOOL DISTRICT, NOE SAUCEDA, <br> and EDDIE ERRISURIZ, JR. | § § § § § § § § § § § § | B-02-143 |

**DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S
DISCLOSURE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, one of the Defendants in the above-styled and numbered cause and pursuant to the Court's Order for Conference and Disclosure of Interested Parties, hereby certifies that the only person association, etc., that are known to this Defendant to be financially interested in the outcome of this litigation are:

1. Plaintiff, Stephen M. Andrus

2. Plaintiff Fernando De Pena

3. Valentin Paz,

4. Andrus & Paz, a Partnership

5. Plaintiff's counsel, J. Arnold Aguilar

6. Defendant, Brownsville Independent School District

7. Defendant' BISD's counsel, Roerig, Oliveira & Fisher, L.L.P.

8. Defendant Noe Sauceda,

9. Defendant Eddie Errisuriz, Jr.

10. Defendants Sauceda and Errisuriz counsel, Willette & Guerra,

11. Texas Association of School Boards, Inc.

12. Texas Association of School Boards Risk Management Fund

Signed on July 1, 2002.

          Respectfully submitted,

          ROERIG, OLIVEIRA & FISHER, LLP
          855 West Price Road, Suite 9
          Brownsville, Texas 78550
          Telephone: (956) 542-5666
          Facsimile: (956) 542-0016

          Counsel for Defendant,
          Brownsville Independent School District

          By: _____
             Elizabeth G. Neally
             State Bar No. 14840400
             Federal Bar No. 8044

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant Brownsville Independent School District's Disclosure of Interested Parties has been mailed, Certified Mail, Return Receipt Requested, to the Counsel of Record, as follows:

J. Arnold Aguilar
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

on this 15 day of August, 2002.

_____
ELIZABETH G. NEALLY