IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| STEPHEN M. ANDRUS, | § |
| FERNANDO DE PENA, | § |
| VALENTIN PAZ and | § |
| ANDRUS & PAZ, a Partnership | § |
| | § |
| vs. | §   B-02-143 |
| | § |
| BROWNSVILLE INDEPENDENT | § |
| SCHOOL DISTRICT, NOE SAUCEDA, | § |
| and EDDIE ERRISURIZ, JR. | § |

## ORDER ON DEFENDANT BROWNSVILE INDEPENDENT SCHOOL DISTRICT'S MOTION TO DISMISS OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND RESETTING OF HEARING

The Court, having reviewed the motions of Defendant Brownsville Independent School District's (hereinafter "BISD") to Dismiss or in The Alternative, For More Definite Statement and the Court noting that the time for a response has passed with no response being filed, hereby partially grants the relief sought.

**IT IS THEREFORE ORDERED** that Defendant BISD's Motion For More Definite Statement is granted. Plaintiffs will have 30 days to file a more detailed complaint outlining their causes for action against Defendant BISD. BISD's Motion to Dismiss is overruled without prejudice to being reurged at a later date. All counsel shall note that a motion that is not responded to within the appropriate time frame will be considered by this Court to be unopposed and is subject to being immediately granted.

The hearing originally scheduled for October 30, 2002 before Judge Black at 2:00 p.m. will

instead be at 1:30 p.m. before Judge Hanen.

Done on September 9, 2002.

_____
United States District Judge