United States District Court
Southern District of Texas
FILED

OCT 21 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, § | | |
| FERNANDO DE PENA, § | | |
| VALENTIN PAZ and § | | |
| ANDRUS & PAZ, a Partnership § | | |
| § | | |
| vs. § | B-02-143 | |
| § | | |
| BROWNSVILLE INDEPENDENT § | | |
| SCHOOL DISTRICT, NOE SAUCEDA, § | | |
| and EDDIE ERRISURIZ, JR. § | | |
| § | | |

**JOINT DISCOVERY / CASE MANAGEMENT PLAN**
Under Rule 26(f) Federal Rules of Civil Procedure

1. State when and where the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

   Telephone conferences were separately held by counsel for Plaintiffs Stephen Andrus, Fernando de Pena, Valentin Paz, and Andrus & Paz, Arnold Aguilar with counsel for Defendant Brownsville Independent School District, Elizabeth G. Neally; and counsel for Defendants Noe Sauceda and Eddie Errisuriz, Eileen Leeds, on October 16 and 18, 2002.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   None.

3. Specify the allegation of federal jurisdiction.

   42 U.S.C. §1983    Deprivation of Constitutional rights to due process, to property, to liberty, and to the equal protection of the laws.

   Fourteenth Amendment to the U.S. Constitution — Due Process, to property, to liberty and Violation of Equal Protection.

4. **Name the parties who disagree and the reasons.**

   None.

5. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   None.

6. **List anticipated interventions.**

   None.

7. **Describe class-action issues.**

   None.

8. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

   All parties agree to provide initial disclosures by October 30, 2002.

9. **Describe the proposed agreed discovery plan, including:**

   A. **Responses to all the matters raised in Rule 26(f).**

   October 30, 2002

   B. **When and to whom the Plaintiffs anticipate they may send interrogatories.**

   Plaintiffs anticipate sending interrogatories and requests for production to Defendants by November 30, 2002.

   C. **When and to whom the Defendants anticipate they may send interrogatories.**

   Defendant Brownsville I.S.D. has already sent to Plaintiffs.

   Defendants Sauceda intends to send interrogatories to Plaintiffs immediately after the Initial Scheduling Conference.

D.  **Of whom and by when the Plaintiffs anticipate taking oral depositions.**

Plaintiffs anticipate taking depositions of Defendants Noe Sauceda, Eddie Errisuriz, Brownsville I.S.D. Board members, and witnesses identified by Defendants within 90 days.

E.  **Of whom and by when the Defendants anticipate taking oral depositions.**

Defendant BISD will depose Plaintiffs within 90 days and witnesses as identified by Plaintiffs

Defendants Sauceda and Errisuriz anticipate taking the deposition of Plaintiffs within 60 days of the receipt of Plaintiffs' response to written discovery. They may also take the deposition of BISD Administrators and witnesses as identified by Plaintiffs.

F.  **When the Plaintiffs (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.**

Plaintiffs — February 28, 2003

Defendant BISD — March 28, 2003

Defendants Sauceda and Errisuriz — If needed, Defendants Sauceda and Errisuriz will designate responsive experts 30 days from receipt of Plaintiffs' expert report and deposition.

G.  **List expert depositions the Plaintiffs (or the party with the burden of proof on an issue) anticipate taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

Plaintiffs anticipate taking the depositions of experts named by Defendants within 30 days of their designation and receipt of their report.

H.  **List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

If needed, Defendants BISD, Sauceda and Errisuriz will take the deposition of Plaintiffs' expert within 30 days of receiving their report.

10. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

    Not applicable.

11. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

    Interrogatories and Request for Production have been sent by Brownsville Independent School District to Plaintiffs.

12. **State the date the planned discovery can reasonably be completed.**

    April 30, 2002.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

    The parties have agreed to consider mediation once sufficient facts have been developed.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

    The parties have agreed to consider mediation once sufficient facts have been developed.

15. **From the attorneys' discussions with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

    Pending resolution of Defendants Sauceda's, Errisuriz's, and BISD's legal defenses, they may be willing to participate in mediation.

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

    Not agreed to at this time.

17. State whether a jury demand has been made and if it was made on time.

    Yes.

18. Specify the number of hours it will take to present the evidence in this case.

    Plaintiffs — Approximately 20 hours.

    Defendant BISD — Approximately 18 hours

    Defendants Sauceda and Errisuriz — Approximately 8 hours

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    Defendant BISD's Motion to Dismiss

20. List other motions pending.

    None.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    None.

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

| | |
|---|---|
| **Counsel of Plaintiff**<br>STEPHEN M. ANDRUS,<br>FERNANDO DE PENA,<br>VALENTIN PAZ and<br>ANDRUS & PAZ, a Partnership | LAW OFFICE OF J. ARNOLD AGUILAR<br>Artemis Square, Suite H-2<br>1200 Central Boulevard<br>Brownsville, Texas 78520<br>Telephone: (956) 504-1100<br>Facsimile: (956) 504-1408 |

By: _/s/ Arnold Aguilar by permission_
J. ARNOLD AGUILAR
State Bar No. 00936270
Federal Bar No. 6822

| | |
|---|---|
| **Counsel for Defendant:**<br>**BROWNSVILLE INDEPENDENT**<br>**SCHOOL DISTRICT** | **ROERIG, OLIVEIRA & FISHER, L.L.P.**<br>855 West Price Road, Suite 9<br>Brownsville, Texas 78520<br>Telephone: (956) 542-5666<br>Facsimile: (956) 542-0016<br><br>By: _____<br>ELIZABETH G. NEALLY<br>State Bar No. 14840400<br>Federal Bar No. 8044<br>**RICARDO MORADO**<br>State Bar No. 14417250<br>Federal Bar No. 1213 |
| **Counsel for Defendant:**<br>**NOE SAUCEDA and**<br>**EDDIE ERRISURIZ** | **WILLETTE & GUERRA, L.L.P.**<br>International Plaza, Suite 460<br>3505 Boca Chica Boulevard<br>Brownsville, Texas 78521<br>Telephone: (956) 541-1846<br>Facsimile: (956) 541-1893<br><br>By: _____<br>EILEEN M. LEEDS   with permission<br>State Bar No. 00791093<br>Federal Bar No. 16799<br>**CHARLES WILLETTE, JR.**<br>State Bar No. 21509700<br>Federal Bar No. 1937 |