United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**SCHEDULING CONFERENCE**

CIVIL ACTION NO. B-02-143          DATE & TIME 10/30/02 @ 1:57 pm-2:20 pm

STEPHEN M. ANDRUS, ET AL           PLAINTIFF'S  J. ARNOLD AGUILAR
                                   COUNSEL
VS

B. I. S. D., ET AL                 DEFENDANTS'  ELIZABETH NEALLY
                                   COUNSEL      EILEEN LEEDS

---

Courtroom Deputy: Irma Soto
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard
CSO:              R. Harelson

J. Arnold Aguilar, appeared for Plaintiffs.
Elizbeth Neally and Eileen Leeds appeared for the Defendants.
All parties announced present and ready for Scheduling Conference.

The following deadlines were given by the Court:

New parties must be joined by: 12/6/02
Plaintiffs' experts be named by: 3/4/03
Defendants' experts be named by: 4/11/03
Discovery completed by: 5/16/03
Dispositive motions filed by: 4/25/03
Non-Dispositive motions filed by: 6/27/03
Joint pretrial order due by: 7/11/03
Docket call is set for 1:30 pm on 7/31/03
Jury selection is set for 9:00 am on 8/1/03

Parties to inform the court regarding their desire to voir dire the jurors and/or juror questionnaire by 5/16/03.

Court is adjourned.