IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, ET AL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-143 |
| | § | |
| BROWNSVILLE INDEPENDENT SCHOOL | § | |
| DISTRICT, ET AL | § | |

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.     ☐ Bench   ☒ Jury

2. New parties must be joined by:     December 6, 2002

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     March 4, 2003

4. The defendant's experts must be named with a report furnished by:     April 11, 2003

5. Discovery must be completed by:     May 16, 2003

5a Parties to inform the Court regarding their desire for voir dire
   and/or juror questionnaire by:     May 16, 2003

6. Dispositive Motions will be filed by:     April 25, 2003

   Non-Dispositive Motions will be filed by:     June 27, 2003

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:     July 11, 2003

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 pm on:     July 31, 2003

9. Jury Selection is set for 9:00 a.m. on:     August 1, 2003

The case will remain on standby until tried.

Signed this the __1st__ day of __November__, 2002.

Andrew S. Hanen
United States District Judge

CC: ALL COUNSEL OF RECORD