# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| STEPHEN M. ANDRUS, ET AL § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-143 |
| § | |
| BROWNSVILLE INDEPENDENT SCHOOL § | |
| DISTRICT, ET AL § | |

TYPE OF CASE:       __X__ CIVIL                        ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:   **HEARING ON ALL PENDING MOTIONS**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

THIRD FLOOR COURTROOM, #6
BEFORE JUDGE ANDREW S. HANEN

DATE AND TIME: APRIL 9, 2003 @ 3:30 PM


Michael N. Milby, Clerk

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: March 28, 2003

TO: TO ALL COUNSEL OF RECORD