United States District Court
Southern District of Texas
FILED

APR 0 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | § | |
|---|---|---|
| STEPHEN M. ANDRUS, | § | |
| FERNANDO DE PENA, | § | |
| VALENTIN PAZ and | § | |
| ANDRUS & PAZ, a Partnership | § | - |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-143 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | |
| and EDDIE ERRISURIZ, JR. | § | |
| | § | |

## JOINT MOTION TO EXTEND DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW the Parties** in the above-styled and numbered cause and files and serves this its Motion to Extend Deadlines, and would show the Court the following:

I.

1.   On November 1, 2002, the Scheduling Order was filed, setting out the deadlines for the above-styled and numbered cause. Due to economics and time restraints, the parties hve agreed to use some of the same depositions as taken in Civil Action No. B-02-128, styled *Dino Chavez v. Brownsville Independent School District and Noe Sauceda,* also filed in the United States District Court of, Southern District of Texas, Brownsville Division. The Parties presently have seven depositions scheduled and anticipate additional depositions will be taken in Austin or other locations. The Defendants have yet to take the deposition of Plaintiff, Valentin Paz.

2.      The present deadline of April 25, 2003, does not allow the Defendants adequate time to prepare its Motion for Summary Judgment. Further, Defendants would like to be spared the expense of filing a summary judgment until after the Court rules on their Motions to Dismiss.

3.      Plaintiffs have asked for leave to amend their pleadings and until this motion is ruled upon, Defendants cannot adequately prepare any dispositive motions.

4.      The present deadline for discovery is May 16, 2003, and Dispositive Motions are to be filed by April 25, 2003.

5.      The Parties respectfully request the Court to allow an extension of sixty (60) days on each of the deadlines set out in the Scheduling Order.

6.      This Motion is not made for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, the Parties request this Court to extend the deadlines by ninety (90) days to allow discovery to proceed with both cases, and grant such other and further relief as may be just and equitable.

Respectfully submitted,

**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

Counsel for Plaintiffs

By: /s/ J. Arnold Aguilar w/ permission
J. ARNOLD AGUILAR
State Bar No. 00936270
Federal Bar No. 6822

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant Brownsville Independent School District

By: _____
    ELIZABETH G. NEALLY
    State Bar No. 14840400
    Federal Bar No. 8044
    **RICARDO MORADO**
    State Bar No. 14417250
    Federal Bar No. 1213

**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____ w/ permission _____
    EILEEN M. LEEDS
    State Bar No. 00791093
    Federal Bar No. 16799
    **CHARLES WILLETTE, JR.**
    State Bar No. 21509700
    Federal Bar No. 1937

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified, Return Receipt Requested, to counsel of record, to wit:

J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

on this 31 day of March, 2003.

_____
Elizabeth G. Neally

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, <br> FERNANDO DE PENA, <br> VALENTIN PAZ and <br> ANDRUS & PAZ, a Partnership <br><br> vs. <br><br> BROWNSVILLE INDEPENDENT <br> SCHOOL DISTRICT, NOE SAUCEDA, <br> and EDDIE ERRISURIZ, JR. | § § § § § § § § § § § § § | - <br><br><br><br><br> CIVIL ACTION NO. B-02-143 |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

On this day came on to be considered the Joint Motion to Extend Deadlines, and the Court, after reviewing the file and finding the Motion to be a Joint Motion, is of the opinion that said Motion to Extend Deadlines should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadlines as stated in the Scheduling Order dated November 1, 2002, are hereby extended an additional sixty (60) days.

SIGNED FOR ENTRY this _____ day of _____, 2003.

_____
PRESIDING JUDGE

Copies to:

Arnold Aguilar
Elizabeth G. Neally
Eileen Leeds