United States District Court
Southern District of Texas
FILED

APR 0 9 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**MOTION HEARING**

CIVIL ACTION NO. B-02-143      DATE & TIME: 4/9/03 @ 3:37 - 4:51 pm

STEPHEN ANDRUS, ET AL           PLAINTIFF'S   J. ARNOLD AGUILAR
                                COUNSEL

VS

B I S D, ET AL                  DEFENDANTS'   ELIZABETH NEALLY
                                COUNSEL       EILEEN LEEDS

---

Courtroom Deputy: Irma Soto
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard
CSO:              D. Delgado

Case is called on the docket.
J. Arnold Aguilar appears for Plaintiffs. Stephen Andrus is present.
Elizabeth Neally & Eileen Leeds appear for the Defendants.

After arguments of counsel, Court defers ruling on motions to dismiss.
Courts grants Plaintiff's leave to amend (DE#22) its complaint. Second
Amended Complaint to be filed by 4/18/03.

Scheduling deadlines given by the Court as follows:
    Expert cutoff for Plaintiffs - July 1, 2003
    Expert cutoff for Defendants - August 1, 2003
    Discovery cutoff and dispositive motions cutoff - July 31, 2003
    Plaintiffs' respond by - August 22, 2003
    Non-Dispositive Motions, including Motions in Limine filed by September
      12, 2003
    Parties to inform the Court if regarding their desire to voir dire and/or
      juror questionnaire due by - September 12, 2003
    Joint Pretrial Order due by - September 19, 2003
    Docket call reset to  - October 2, 2003 @ 1:30 pm
    Jury Selection reset to - October 3, 2003 @ 9:00 am

Court is adjourned.