# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

32

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
HUGH P. TOUCHY
EILEEN M. LEEDS

ELIZABETH SANDOVAL CANTU*
ROMAN "DINO" ESPARZA
EDUARDO G. GARZA
AMY LAWLER GONZALES
JORGE A. GREEN
MELANIE A. MOORE
ROBERT PUENTE *
JACQUELINE R. SALINAS*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

May 13, 2003

**United States District Court
Southern District of Texas
FILED

MAY 1 3 2003

Michael N. Milby
Clerk of Court**

Mr. Butch Barbosa
United States District Clerk
Federal Building
600 East Harrison Ste. 101
Brownsville, Texas 78520

Re:  Cause No. B-02-143; Stephen M. Andrus, et al vs. Eddie Errisuriz, Jr., et. al.; In the United States District Court for the Southern District of Texas, Brownsville Division
<u>Our File No. 02-177   CW/EL/MM</u>

Dear Mr. Barbosa:

This letter is to advise the Court as well as all of the attorney's of record that the undersigned will be on vacation out of the country from **June 18, 2003 through June 30, 2003**. We would request the Court not to schedule any matters which would require her presence at hearings during this period.

We would appreciate you file stamp the enclosed extra copy of the foregoing and returning it to our courier for our file. As noted hereunder, a copy of the foregoing and this letter have been served on all counsel of record.

Thank you for your assistance in this matter.

Very truly yours,

Willette & Guerra, L.L.P.

By: *Eileen Leeds/bcc*
Eileen M. Leeds

EL/bc
clerk-5-advisory

Mr. Butch Barbosa
United States District Court
May 13, 2003
Page 2


xc:

Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

Ms. Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520