IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, | § | |
| FERNANDO DE PENA, | § | |
| VALENTIN PAZ and | § | |
| ANDRUS & PAZ, a Partnership | § | |
| | § | |
| vs. | § | B-02-143 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | |
| and EDDIE ERRISURIZ, JR. | § | |

**DEFENDANT'S SECOND AMENDED ORIGINAL ANSWER
TO PLAINTIFFS' THIRD AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW BROWNSVILLE INDEPENDENT SCHOOL DISTRICT**, Defendant in the above-styled and numbered cause, and files this its SECOND AMENDED ORIGINAL ANSWER to Plaintiffs' Third Amended Original Complaint and would show the Court the following:

I.

1.  Defendant agrees with and admits to the allegations set forth in Section I, paragraph 1 of Plaintiffs' THIRD AMENDED ORIGINAL COMPLAINT only to the extent that Plaintiff alleges that his claims are within the jurisdictional limits of this court and that venue is proper in this Court.

2.  Defendant agrees with and admits to the allegations set forth in Section II,

paragraphs 2-8 of Plaintiffs' THIRD AMENDED ORIGINAL COMPLAINT to the extent that Plaintiff states the names and address of the parties to this action; otherwise, Defendant denies the remainder of all other allegations set forth in paragraphs 2 through 8 of Plaintiffs' THIRD AMENDED ORIGINAL COMPLAINT.

3. Defendant denies Plaintiffs' allegations set forth in Section III, paragraphs 9-13 of Plaintiffs' THIRD AMENDED ORIGINAL COMPLAINT. Defendant specifically denies this was a violation of policy or procedure by BISD.

4. Defendant denies Plaintiffs' allegations set forth in Section III, paragraphs 14-18 of Plaintiffs' THIRD AMENDED ORIGINAL COMPLAINT.

5. Defendant denies Plaintiffs' causes of action set forth in Section IV, paragraphs 19-23 of Plaintiffs' THIRD AMENDED ORIGINAL COMPLAINT. Defendant specifically denies violating any constitutional rights of Plaintiffs.

6. Defendant denies Plaintiffs are entitled to damages as set forth in Section V, paragraph 24.

7. Defendant denies that all conditions precedent to filing Plaintiffs' suit and recovery damages have been performed as alleged in Section VI, paragraph 25 of Plaintiff's THIRD AMENDED ORIGINAL COMPLAINT.

8. Defendant agrees to Plaintiffs requesting a jury in Section VII, paragraph 26 of Plaintiffs' THIRD AMENDED ORIGINAL COMPLAINT but all other allegations are hereby denied.

9. Except to the extent identified above, Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT ("BROWNSVILLE I.S.D.") denies each and every, all

and singular, the allegations contained in Plaintiffs' THIRD AMENDED ORIGINAL COMPLAINT, and demand strict proof thereof as required by law.

## II.

## AFFIRMATIVE DEFENSES

10. Defendant, **BROWNSVILLE INDEPENDENT SCHOOL DISTRICT**, would further show that pursuant to the Texas Torts Claims Act, Section 101.051 that the School District is immune from all liability for tort actions except as to motor vehicles. The District is entitled to sovereign immunity as to the claims asserted in this lawsuit.

11. The acts alleged are discretionary acts of individuals, performed in their capacity as governmental employees or officials in the good faith belief that the acts were legal and appropriate. As this would be a defense to the individuals, it is also a defense to the BROWNSVILLE INDEPENDENT SCHOOL DISTRICT.

12. Defendant, BROWNSVILLE I.S.D. is immune from liability under the doctrine of governmental or official immunity.

13. The acts alleged are intentional acts for which BROWNSVILLE INDEPENDENT SCHOOL DISTRICT would be immune under the Texas Tort Claims Act.

14. Defendant BROWNSVILLE I.S.D. would further show the Court that BROWNSVILLE INDEPENDENT SCHOOL DISTRICT is a governmental entity and has sovereign immunity from any State law and common law torts.

15. Defendant BROWNSVILLE I.S.D. would show that liability for its actions, as alleged in Plaintiffs' First Original Petition, is subject to the dollar limitations imposed by the

Texas Tort Claims Act.

16. Defendant BROWNSVILLE I.S.D. is entitled to all defenses and immunities pursuant to the Texas Tort Claims Act and/or the Texas Education Code.

17. In the alternative, Defendant would further assert that any loss or damages allegedly sustained by Plaintiff as alleged in Plaintiffs' Complaint were caused, in whole or in part, or were contributed to by the negligence, want of care, or intentional conduct of Plaintiff, and Defendant therefore invokes the doctrine of comparative responsibility.

18. In the alternative, Defendant further asserts that any loss or damages allegedly sustained by Plaintiff alleged in Plaintiffs' Complaint were caused, in whole or in part, or were contributed to the negligence, want of care, or intentional conduct of third-parties over whom this Defendant has no control and is therefore not liable.

19. Plaintiff is not entitled to attorney's fees in the event Plaintiff is not a prevailing party and Defendant herein is entitled to its attorney's fees under 42 U.S.C. §1988.

20. Defendant Brownsville I.S.D. would show that Plaintiff has failed to state a cause of action against the Brownsville I.S.D. pursuant to F.R.C.P. 12(b)(6), and 7(a)

21. Defendant would show that the loss or damages was caused, in part or in whole, by Plaintiffs' failure to use reasonable efforts to mitigate their damages.

### III

### **EXEMPLARY DAMAGES**

22. Defendant affirmatively pleads, that to the extent of Plaintiffs' claims punitive

damages, as well as any judgment ultimately rendered herein awards punitive damages, that punitive damages constitute a contravention of the Texas and United States Constitutions in that:

    (A)    Any award of punitive damages is arbitrary, unreasonable, excessive and in violation of the Defendant's rights to due process of law and equal protection of the law under the Fifth, Eighth and Fourteenth Amendments of the United States Constitution and Article I, Sections 13 and 19, of the Texas Constitution;

    (B)    Any award of punitive damages is in violation of the due process clause of the United States and Texas Constitution which require that punitive damages against the Defendant be proved beyond a reasonable doubt under the Sixth Amendment to the United States Constitution, or in the alternative, should be proved by clear and convincing standard of proof. Unless such protections are afforded to the Defendant, Defendant's rights are being violated in contravention of the Sixth Amendment to the United States Constitution;

    (C)    Punitive damages under the Texas procedural law constitute an excess fine in violation of the Eighth Amendment of the Constitution of the United States.

## IV.

23. Defendant BROWNSVILLE I.S.D. is further immune from liability for exemplary damages pursuant to §101.024 of the Tex. Civ. Prac. & Rem. Code.

## V.

24. Defendant further reserves the right to file any and all amended answers, cross-actions, third-party actions, counter-claims, motions and discovery as Defendants may deem

proper.

25. Defendant BROWNSVILLE I.S.D. makes its written request for a jury trial in this cause pursuant to Rule 216 of the Texas Rules of Civil Procedure and deposits with the District Clerk of Cameron County, Texas, the requisite jury fee of Thirty Dollars ($30.00).

**WHEREFORE, PREMISES CONSIDERED**, Defendant BROWNSVILLE I.S.D. prays that Plaintiffs' suit be dismissed at Plaintiffs' cost, and for such other and further relief to which these Defendants may be entitled, either at law or in equity.

Respectfully submitted,

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

**Counsel For Brownsville Independent School District**

By: _____
Elizabeth G. NEALLY
State of Texas Bar No. 14840400
Federal Bar No. 8044

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant Brownsville Independent School District's SECOND AMENDED ORIGINAL ANSWER to Plaintiffs' THIRD AMENDED ORIGINAL COMPLAINT, to counsel of record,

J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, TX 78520
[CM/RRR 7160 3901 9844 7054 6521]

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, TX 78521
[CM/RRR 7160 3901 9844 7054 6569]

via U.S. Postal Service, Certified, Return Receipt Requested on this 27 day of May, 2003.

_____
Elizabeth G. Neally