IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 3 2003

Michael N. Milby
Clerk of Court

| | § | |
|---|---|---|
| STEPHEN M. ANDRUS, | § | |
| FERNANDO DE PENA, | § | |
| VALENTIN PAZ and | § | |
| ANDRUS & PAZ, a Partnership | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-143 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | |
| and EDDIE ERRISURIZ, JR. | § | |
| | § | |

## JOINT MOTION TO EXTEND DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Parties in the above-styled and numbered cause and files and serves this their Second Motion to Extend Deadlines, and would show the Court the following:

I.

1. The parties are requesting a short continuance of a single deadline, namely the deadline for discovery and filing of dispositive motions which is presently set for July 31, 2003. Due to economics and time restraints, the parties have agreed to use some of the same depositions as taken in Civil Action No. B-02-128, styled *Dino Chavez v. Brownsville Independent School District and Noe Sauceda,* also filed in the United States District Court of, Southern District of Texas, Brownsville Division. The Parties presently have seven depositions scheduled during the month of July and anticipate an additional three to five depositions will be taken by August 25, 2003. The Defendants have still not taken the deposition of Plaintiff, Valentin Paz.

2. The present deadline of July 31, 2003, does not allow the Defendants adequate time to prepare its Motion for Summary Judgment, since additional depositions are being scheduled for August due to the vacations and trial schedules of witnesses and counsel.

3. The Parties respectfully request the Court to allow an extension of the discovery and dispositive motion deadline by 25 days until August 25, 2003. And to extend the date for Plaintiffs' response to the dispositive motions which is presently set for August 22, 2003 until September 16, 2003. No request is being made for the extension of any other deadlines set out in the current Scheduling Order.

4. This Motion is not made for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, the Parties request this Court to extend the deadlines by twenty five (25) days for the discovery and dispositive motions deadline to August 25, 2003, in order to allow discovery to proceed with both cases and to extend the Plaintiffs response until September 16, 2003, and grant such other and further relief as may be just and equitable.

Respectfully submitted,

**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

Counsel for Plaintiffs

By: _____
J. ARNOLD AGUILAR
State Bar No. 00936270
Federal Bar No. 6822

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant Brownsville Independent School District

By: _____
    **ELIZABETH G. NEALLY**
    State Bar No. 14840400
    Federal Bar No. 8044
    **RICARDO MORADO**
    State Bar No. 14417250
    Federal Bar No. 1213


**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _Eileen M. Leeds with permission EN_____
    **EILEEN M. LEEDS**
    State Bar No. 00791093
    Federal Bar No. 16799
    **CHARLES WILLETTE, JR.**
    State Bar No. 21509700
    Federal Bar No. 1937

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified, Return Receipt Requested, to counsel of record, to wit:

J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

on this 23rd day of June, 2003.

_____
Elizabeth G. Neally

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, <br> FERNANDO DE PENA, <br> VALENTIN PAZ and <br> ANDRUS & PAZ, a Partnership <br><br> vs. <br><br> BROWNSVILLE INDEPENDENT <br> SCHOOL DISTRICT, NOE SAUCEDA, <br> and EDDIE ERRISURIZ, JR. | § § § § § § § § § § § § | CIVIL ACTION NO. B-02-143 |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

On this day came on to be considered the Joint Motion to Extend Deadlines, and the Court, after reviewing the file and finding the Motion to be a Joint Motion, is of the opinion that said Motion to Extend Deadlines should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline for filing dispositive motions and discover is extended to August 25, 2003 and responses to dispositive motions are now due on September 16, 2003. All remaining deadlines remain as stated in the current Scheduling Order.

SIGNED FOR ENTRY this _____ day of _____, 2003.

_____
PRESIDING JUDGE

Copies to:

Arnold Aguilar
Elizabeth G. Neally
Eileen Leeds