United States District Court
Southern District of Texas
FILED

JUN 24 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 26 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, | § | |
| FERNANDO DE PENA, | § | |
| VALENTIN PAZ and | § | |
| ANDRUS & PAZ, a Partnership | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-143 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | |
| and EDDIE ERRISURIZ, JR. | § | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

On this day came on to be considered the Joint Motion to Extend Deadlines, and the Court, after reviewing the file and finding the Motion to be a Joint Motion, is of the opinion that said Motion to Extend Deadlines should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline for filing dispositive motions and discover is extended to August 25, 2003 and responses to dispositive motions are now due on September 16, 2003. All remaining deadlines remain as stated in the current Scheduling Order.

SIGNED FOR ENTRY this 24th day of June, 2003.

_____
PRESIDING JUDGE

Copies to:

Arnold Aguilar
Elizabeth G. Neally
Eileen Leeds