IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| STEPHEN M. ANDRUS, FERNANDO DE PEÑA, VALENTIN PAZ and ANDRUS & PAZ, *a partnership* § § § § | |
| VS. § § | CIVIL ACTION NO.<br><br>B - 02 - 143 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, NOE SAUCEDA and EDDIE ERRISURIZ, JR. § § § § | (JURY REQUESTED) |

## PLAINTIFFS' NOTICE OF APPEARANCE OF CO-COUNSEL

Please take notice that Plaintiffs **STEPHEN M. ANDRUS, FERNANDO DE PEÑA, VALENTIN PAZ** and **ANDRUS & PAZ**, *a partnership*, in the above styled and numbered cause designate

Mr. John J. Jordan, Jr.
*LAW OFFICE J. ARNOLD AGUILAR*
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

v:\fp\pleading\263-02.JJ                                                                                                                                            PAGE 1

as Co-Counsel.  Co-Counsel will be entitled to receive, review and appear before this Honorable Court relating to matters in this cause.  **Counsel listed below will remain as lead counsel for the Plaintiffs to have full control and management of Plaintiffs' cause.**

        Mr. J. Arnold Aguilar
        *LAW OFFICE J. ARNOLD AGUILAR*
        Artemis Square, Suite H-2
        1200 Central Boulevard
        Brownsville, TX  78520
        Telephone:  (956) 504-1100
        Facsimile:  (956) 504-1408

Signed the 15th day of July, 2003.

        Respectfully submitted,

        **LAW OFFICE**
        **J. ARNOLD AGUILAR**
        Artemis Square, Suite H-2
        1200 Central Boulevard
        Brownsville, Texas  78520
        Telephone     :  (956) 504-1100
        Facsimile     :  (956) 504-1408

By: _____
        J. Arnold Aguilar
        State Bar No. 00936270
        Federal Adm. No. 6822
        Lead Counsel for Plaintiffs

        John J. Jordan, Jr.
        State Bar No. 00796852
        Federal Adm. No. 21304
        Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFFS' NOTICE OF APPEARANCE OF CO-COUNSEL** has on this the ___16th___ day of July, 2003, been forwarded to:

Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520

Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

_____
J. Arnold Aguilar