40

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, ET AL | § § | |
| VS. | § | CIVIL ACTION NO. B-02-143 |
| | § § | |
| B.I.S.D., ET AL | | |

TYPE OF CASE:        __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:   **DOCKET CALL and JURY SELECTION**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE.                                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                  **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                      RESET TO DATE AND TIME:

Docket Call set for 10/02/03 @ 1:30 pm                          9/30/03 @ 1:30 pm
Jury Selection set for 10/03/03 @ 9:00 am                       10/02/03 @ 9:00 am

MICHAEL N. MILBY, CLERK

BY: _____
Irma A. Soto, Deputy Clerk

DATE: August 13, 2003

TO:  **ALL COUNSEL OF RECORD**