IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| STEPHEN M. ANDRUS, § | |
| FERNANDO DE PENA, § | |
| VALENTIN PAZ and § | |
| ANDRUS & PAZ, a Partnership § | |
| § | |
| vs. § | B-02-143 |
| § | |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT, NOE SAUCEDA, § | |
| and EDDIE ERRISURIZ, JR. § | |

## ORDER

This Court on June 24, 2003, pursuant to joint request by all parties, granted a motion to extend the deadlines with respect to the discovery cut-off and with respect to the cut-off for filing dispositive motions. This relief extended the motions deadline to August 25, 2003, with responses to be due on September 16, 2003. Previously filed with this Court were motions to dismiss filed by the defendants. The Court assumes that any valid arguments with regard to the merits of these claims will be included in any dispositive motion filed. Therefore, the defendants' motions to dismiss currently on file are denied without prejudice to their being refiled (or included in any dispositive motion) by August 25, 2003.

Signed this 14th day of August, 2003.

_____
Andrew S. Hanen
United States District Judge