

United States District Court
Southern District of Texas
FILED

AUG 1 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STEPHEN M. ANDRUS, § | |
| FERNANDO DE PENA, § | |
| VALENTIN PAZ and § | |
| ANDRUS & PAZ, a Partnership § | |
| § | |
| vs. § | CIVIL ACTION NO. B-02-143 |
| § | |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT, NOE SAUCEDA, § | |
| and EDDIE ERRISURIZ, JR. § | |

**DEFENDANTS' JOINT MOTION TO EXTEND DEADLINES
TO FILE DAUBERT CHALLENGE OF PLAINTIFFS' EXPERT**

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW the Defendants** in the above-styled and numbered cause and file and serve this their Motion to Extend Deadlines to File Daubert Challenge as to Plaintiffs' Expert, and would show the Court the following:

**I.**

1.     The Defendants are requesting a short continuance of a single deadline, namely the deadline for filing of a dispositive motion as to Plaintiffs' expert, Stephen M. Horner. The deadline for filing of dispositive motions is presently set for August 25, 2003. The parties anticipate completing discovery by August 25, 2003. However, Plaintiffs' expert Dr. Stephen M. Horner is scheduled for his deposition on September 5, 2003. Defendants can not adequately prepare a Daubert Challenge to Plaintiffs' expert until after his deposition is taken. Via emails, the Defendants requested dates from Plaintiffs on or about July 15 and 24, 2003 for the deposition of

Dr. Horner. Plaintiffs offered to present Dr. Horner on one of four (4) dates, all in September. Defendants selected September 5, 2003. The Defendants have still not taken the deposition of Plaintiff's expert, Dr. Stephen M. Horner.

2. The present deadline of August 25, 2003, does not allow the Defendants adequate time to prepare its Motion to Strike Plaintiffs' expert.

3. The Defendants respectfully request the Court to allow an extension to file their dispositive motion regarding Plaintiffs' expert deadline by 20 days until September 15, 2003. No request is being made for the extension of any other deadlines set out in the current Scheduling Order.

4. This Motion is not made for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, the Defendants request this Court to extend the deadlines by twenty (20) days for filing a Daubert Challenge as to Plaintiffs' Expert to September 15, 2003 and grant such other and further relief as may be just and equitable.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant Brownsville Independent School District

By: _Elizabeth Neally by permission EM_
**ELIZABETH G. NEALLY**
State Bar No. 14840400
Federal Bar No. 8044

**RICARDO MORADO**
State Bar No. 14417250
Federal Bar No. 1213

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

Counsel for Defendant Noe Sauceda and Eddie Errisuriz, Jr.

By: _____
   **EILEEN M. LEEDS**
   State Bar No. 00791093
   Federal Bar No. 16799
   **CHARLES WILLETTE, JR.**
   State Bar No. 21509700
   Federal Bar No. 1937

Certificate of Consultation

I verify that I consulted with Plaintiffs' counsel, J. Arnold Aguilar on August 11, 2003 and Mr. Aguilar advised that he is opposed to the Motion to Extend Deadlines to file dispositive motions against Plaintiffs' expert.

By: _____
   ELIZABETH G. NEALLY

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified, Return Receipt Requested, to counsel of record, to wit:

J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

on this 13th day of August, 2003.

_____
Elizabeth G. Neally