IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO | § | |
| DE PEÑA, VALENTIN PAZ and | § | |
| ANDRUS & PAZ, *a partnership* | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 02 - 143 |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA | § | |
| and EDDIE ERRISURIZ, JR. | § | **(JURY REQUESTED)** |

---

**PLAINTIFFS' MOTION TO COMPEL DEPOSITION TESTIMONY**

---

TO THE HONORABLE U. S. DISTRICT COURT:

COME NOW **STEPHEN M. ANDRUS, FERNANDO DE PEÑA, VALENTIN PAZ**

and **ANDRUS & PAZ**, *a partnership*, Plaintiffs in the above styled and numbered cause and file

this their Motion for to Compel Deposition Testimony from witnesses Hector Gonzalez and

Kenneth Lieck, and in support thereof would respectfully show the Court as follows:

**I.**

On April 29, 2003, counsel for Defendants Sauceda and Errisuriz filed their Notice of

Intention to Take the Oral Depositions of Hector Gonzalez and Kenneth Lieck set for May 20,

2003, commencing at 9:00 a.m. with Lieck and Gonzalez to follow at 10:00 a.m. See attached

**Exhibit A.** Witnesses Gonzalez and Lieck did not appear for their scheduled depositions set

for May 20, 2003. See attached **Exhibit B**, Certification of Non-Attendance to the Deposition

of Kenneth Lieck and **Exhibit C**, Certification of Non-Attendant to the Deposition of Hector Gonzalez.

On August 8, 2003, counsel for Plaintiffs filed his Notice of Intention to Take the Oral and Videotaped Deposition of Witness Kenneth Lieck for August 19, 2003. See attached **Exhibit D**. Upon receipt of this deposition notice, counsel for Witness Lieck, Mitchell Chaney, faxed a letter, **Exhibit E**, advising that he was not available on August 19, 2003, and would not produce witness Lieck on August 19, 2003.

Counselors have tried numerous times to reschedule the depositions of Gonzalez and Lieck, to no avail. Plaintiffs would show that the testimony of witnesses Gonzalez and Lieck is necessary for the prosecution of Plaintiffs' claims against Defendants.

Plaintiffs would therefore ask this Court to order witnesses Hector Gonzalez and Kenneth Lieck to make themselves available for their deposition testimony and to order them to produce any and all documents they have in their possession pertaining to this lawsuit.

## II.

Plaintiffs **STEPHEN M. ANDRUS, FERNANDO DE PEÑA, VALENTIN PAZ** and **ANDRUS & PAZ**, *a partnership*, request that this Court order witnesses Hector Gonzalez and Kenneth Lieck to make themselves available for their deposition testimony in this action.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs **STEPHEN M. ANDRUS, FERNANDO DE PEÑA, VALENTIN PAZ** and **ANDRUS & PAZ**, *a partnership*, pray that this Court grant Plaintiffs' Motion to Compel against witnesses Hector Gonzalez and Kenneth Lieck as requested herein and order these witnesses to make themselves available to have their

deposition testimony taken within fifteen (15) days of the date of this hearing and if witnesses

fail to comply with the Court's Order, that Plaintiffs be granted their reasonable costs, attorney's

fees, and such other and further relief, at law and in equity, to which Plaintiffs may show

themselves to be justly entitled.


Signed on this the 25th day of August, 2003.


Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas  78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408


By: _____
J. Arnold Aguilar
State Bar No. 00936270

Attorney for Plaintiffs,
STEPHEN M. ANDRUS, FERNANDO
DE PEÑA, VALENTIN PAZ and
ANDRUS & PAZ, *a partnership*


v:\FP\MOTIONS\263-02.M2C                                    PAGE 3

## CERTIFICATE OF CONFERENCE

Plaintiffs' and Defendants' counselors attempts to secure the witnesses' deposition testimony without Court action have proved unsuccessful.  In conferring with opposing counsel, the position of each is set out below:

| | | | |
|---|---|---|---|
| Elizabeth G. Neally | __X__ <br> opposed | _____ <br> unopposed | _____ <br> unavailable |
| Eileen M. Leeds | _____ <br> opposed | _____ <br> unopposed | __X__ <br> unavailable |
| Mitchell C. Chaney | _____ <br> opposed | _____ <br> unopposed | __X__ <br> unavailable |
| Ruben R. Peña | _____ <br> opposed | _____ <br> unopposed | __X__ <br> unavailable |

J. Arnold Aguilar

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFFS'
MOTION TO COMPEL DEPOSITION TESTIMONY** has on this the 25th day of August,
2003, been forwarded via certified mail, return receipt requested to:


Mr. Mitchell C. Chaney
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78522-2155
**ATTORNEY FOR WITNESS KENNETH LIECK**


Mr. Ruben R. Peña
LAW OFFICES OF RUBEN R. PENA, P.C.
222 W. Harrison
P. O. Box 530160
Harlingen, TX 78550
**ATTORNEY FOR WITNESS HECTOR GONZALEZ**


Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520
**ATTORNEY FOR DEFENDANT BROWNSVILLE I.S.D.**


Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521
**ATTORNEY FOR DEFENDANTS SAUCEDA and ERRISURIZ**


J. Arnold Aguilar

## AFFIDAVIT OF J. ARNOLD AGUILAR

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned official, on this day appeared **J. ARNOLD AGUILAR**, who is personally known to me, and first being duly sworn according to law upon his oath deposes and says:

My name is J. Arnold Aguilar, I am over 18 years of age, and I have never been convicted of a crime, and am fully competent to make this affidavit. I have personal knowledge of the facts stated in Plaintiffs' Motion to Compel Deposition Testimony and they are all true and correct based on my personal knowledge.

_____
J. Arnold Aguilar

SUBSCRIBED AND SWORN TO BEFORE ME on the 25th day of August, 2003, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

My Commission Expires:

03-27-07

FRANCES PENA
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
03-27-2007

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO | § | |
| DE PEÑA, VALENTIN PAZ and | § | |
| ANDRUS & PAZ, *a partnership* | § | |
| | § · | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 02 - 143 |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA | § | |
| and EDDIE ERRISURIZ, JR. | § | |

**ORDER SETTING HEARING**

On this _____ day of _____, 2003, came for consideration **Plaintiffs'**

**Motion to Compel Deposition Testimony** in the above styled and numbered cause.  The Court

finds that this matter should be set for hearing.

IT IS ACCORDINGLY ORDERED that Plaintiffs' Motion to Compel Deposition

Testimony be, and it is hereby, set for hearing on the _____ day of _____,

2003.

SIGNED FOR ENTRY this _____ day of _____, 2003.


_____
U. S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STEPHEN M. ANDRUS, FERNANDO      §
DE PEÑA, VALENTIN PAZ and         §
ANDRUS & PAZ, *a partnership*     §
                                  §        CIVIL ACTION NO.
VS.                               §
                                  §        B - 02 - 143
BROWNSVILLE INDEPENDENT           §
SCHOOL DISTRICT, NOE SAUCEDA      §
and EDDIE ERRISURIZ, JR.          §

---

**ORDER**

---

On the _____ day of _____, 2003, this cause came for hearing on **Plaintiffs' Motion to Compel Deposition Testimony.**

After examining the evidence and hearing the argument of parties, the Court is of the opinion that Plaintiffs' Motion to Compel Deposition Testimony should be GRANTED;

The Court finds that the deposition testimony of witnesses Kenneth Lieck and Hector Gonzalez's is necessary and imperative for the discovery process in this action.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that witnesses Kenneth Lieck and Hector Gonzalez make themselves available for their deposition testimony within fifteen (15) days of the signing of this Order and submit all documents they have in their possession that are pertinent to this lawsuit.

SIGNED on this the _____ day of _____, 2003.


_____
U. S. DISTRICT JUDGE

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STEPHEN M. ANDRUS, FERNANDO   §
DE PEÑA, VALENTIN PAZ AND   §
ANDRUS & PAZ, A PARTNERSHIP   §
  §
VS.   §    CIVIL ACTION NO.   B-02-143
  §    JURY REQUESTED
BROWNSVILLE INDEPENDENT   §
SCHOOL DISTRICT, NOE SAUCEDA   §
AND EDDIE ERRISURIZ, JR.   §

---

## DEFENDANTS NOE SAUCEDA AND EDDIE ERRISURIZ'S AMENDED NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION OF KENNETH LIECK

---

TO:    Kenneth Lieck, by and through his attorney of record:

     Ms. Elizabeth G. Neally
     Roerig, Oliveira, & Fisher, L.L.P.
     855 W. Price Road, Ste. 9
     Brownsville, Texas 78520

     PLEASE TAKE NOTICE that Defendants, Noe Sauceda and Eddie Errisuriz, pursuant to the

Texas Federal Rules of Civil Procedure, will take the oral deposition of **KENNETH LIECK** at the

office of Roerig, Oliveira, & Fisher, L.L.P., 855 W. Price Road, Ste. 9, Brownsville, Texas 78520

on **Tuesday, May 20, 2003 at 9:00 a.m.** and continuing thereon from day to day until complete.

     It is hereby requested that the witness appear at such time and place for the purpose of giving

his oral deposition in this cause, which deposition, when taken, may be used in trial of said cause.

     You are invited to attend and cross-examine.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893


By: _____
    Eileen M. Leeds
    State Bar No. 00791093
    USDC Adm. No. 16799


**ATTORNEY FOR DEFENDANTS NOE
SAUCEDA AND EDDIE ERRISURIZ, JR.**


**CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day of May, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA REGULAR MAIL**
Ms. Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520


_____
Eileen M. Leeds


02-177 ANDRUS: DEPO-KENNETH LIECK
PAGE 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO | § | |
| DE PEÑA, VALENTIN PAZ AND | § | |
| ANDRUS & PAZ, A PARTNERSHIP | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  B-02-143 |
| | § | JURY REQUESTED |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA | § | |
| AND EDDIE ERRISURIZ, JR. | § | |

**DEFENDANTS NOE SAUCEDA AND EDDIE ERRISURIZ'S NOTICE OF
INTENTION TO TAKE THE ORAL DEPOSITION OF HECTOR GONZALEZ**

TO:    Hector Gonzalez, by and through his attorney of record:

Ms. Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520

PLEASE TAKE NOTICE that Defendants, Noe Sauceda and Eddie Errisuriz, pursuant to the

Texas Federal Rules of Civil Procedure, will take the oral deposition of **HECTOR GONZALEZ**

at the office of Roerig, Oliveira, & Fisher, L.L.P., 855 W. Price Road, Ste. 9, Brownsville, Texas

78520 on **Tuesday, May 20, 2003 at 10:00 a.m.**  and continuing thereon from day to day until

complete.

It is hereby requested that the witness appear at such time and place for the purpose of giving

his oral deposition in this cause, which deposition, when taken, may be used in trial of said cause.

You are invited to attend and cross-examine.

02-177 ANDRUS: DEPO-HECTOR GLZ
PAGE 1

*263-02*

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893


By:_____
　　　Eileen M. Leeds
　　　State Bar No. 00791093
　　　USDC Adm. No. 16799


**ATTORNEY FOR DEFENDANTS NOE
SAUCEDA AND EDDIE ERRISURIZ, JR.**


**CERTIFICATE OF SERVICE**

　　　I hereby certify that on this the 29th day of April, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CM/RRR # 7002 0460 0000 6635 1165**
Ms. Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520

**VIA REGULAR MAIL**
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520


_____
　　　Eileen M. Leeds

# EXHIBIT B

```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                       BROWNSVILLE DIVISION

STEPHEN M. ANDRUS,          )(
FERNANDO DE PENA,           )(
VALENTIN PAZ and ANDRUS     )(
& PAZ, A Partnership        )(
                            )(
VS.                         )(    B-02-143
                            )(
BROWNSVILLE INDEPENDENT     )(
SCHOOL DISTRICT, NOE        )(
SAUCEDA, and EDDIE          )(
ERRISURIZ, JR.              )(
```

---

```
                CERTIFICATION OF NON-ATTENDANCE
                TO THE DEPOSITION OF KENNETH LIECK
                          May 20, 2003
```

---

### APPEARANCES


    COUNSEL FOR THE PLAINTIFFS:

        J. ARNOLD AGUILAR
        LAW OFFICES OF J. ARNOLD AGUILAR
        Artemis Square, Suite H-2
        1200 Central Boulevard
        Brownsville, Texas  78520


FOR THE DEFENDANT BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT:

        ELIZABETH G. NEALLY
        ROERIG, OLIVEIRA & FISHER, L.L.P.
        855 West Price Road, Suite 9
        Brownsville, Texas  78520



FOR THE DEFENDANTS NOE SAUCEDA and EDDIE
ERRISURIZ, JR.:

       EILEEN LEEDS
       WILLETTE & GUERRA
       3505 Boca Chica Boulevard, Suite 460
       Brownsville, Texas  78520


   ALSO PRESENT:  STEPHEN M. ANDRUS
                DINO X. CHAVEZ
                FRANCES PENA

3

I, LOU ZUNIGA, a Certified Court Reporter in and for the State of Texas, do hereby certify that I appeared to take the oral deposition of KENNETH LIECK in the above-named cause on May 20, 2003, at the offices of Roerig, Oliveira & Fisher, 855 West Price Road, Suite 9, Brownsville, Texas, that the aforementioned attorneys were present, and that said witness did not appear for his deposition.

WITNESS MY HAND on this the ___29___ day of ___May___ 2003.

_____
LOU ZUNIGA, CSR NO. 2198
Expiration Date: 12-31-03
Hill & Romero
Certified Court Reporters
5415 North McColl, Suite 107
McAllen, Texas  78504
(956) 994-8898

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STEPHEN M. ANDRUS,            )(
FERNANDO DE PENA,             )(
VALENTIN PAZ and ANDRUS       )(
& PAZ, A Partnership          )(
                              )(
VS.                           )(   B-02-143
                              )(
BROWNSVILLE INDEPENDENT       )(
SCHOOL DISTRICT, NOE          )(
SAUCEDA, and EDDIE            )(
ERRISURIZ, JR.               )(

---

CERTIFICATION OF NON-ATTENDANCE
TO THE DEPOSITION OF HECTOR GONZALEZ
May 20, 2003

---

<u>APPEARANCES</u>

COUNSEL FOR THE PLAINTIFFS:

J. ARNOLD AGUILAR
LAW OFFICES OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas  78520

FOR THE DEFENDANT BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT:

ELIZABETH G. NEALLY
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas  78520



FOR THE DEFENDANTS NOE SAUCEDA and EDDIE
ERRISURIZ, JR.:

       EILEEN LEEDS
       WILLETTE & GUERRA
       3505 Boca Chica Boulevard, Suite 460
       Brownsville, Texas  78520


   ALSO PRESENT:  STEPHEN M. ANDRUS
               DINO X. CHAVEZ
               FRANCES PENA

I, LOU ZUNIGA, a Certified Court Reporter in and for the State of Texas, do hereby certify that I appeared to take the oral deposition of HECTOR GONZALEZ in the above-named cause on May 20, 2003, at the offices of Roerig, Oliveira & Fisher, 855 West Price Road, Suite 9, Brownsville, Texas, that the aforementioned attorneys were present, and that said witness did not appear for his deposition.

WITNESS MY HAND on this the _29_ day of _May_ 2003.

_____
LOU ZUNIGA, CSR NO. 2198
Expiration Date: 12-31-03
Hill & Romero
Certified Court Reporters
5415 North McColl, Suite 107
McAllen, Texas   78504
(956) 994-8898

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | B - 02 - 128 |
| and RANDY DUNN, MARILYN DEL | § | |
| BOSQUE-GILBERT and HUGH EMERSON, | § | |
| JR., in their official capacities as Board | § | |
| Members of Brownsville Independent | § | |
| School District | § | |

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO | § | |
| DE PEÑA, VALENTIN PAZ and | § | |
| ANDRUS & PAZ, *a partnership* | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 02 - 143 |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA | § | |
| and EDDIE ERRISURIZ, JR. | § | |

**NOTICE OF INTENTION TO TAKE THE ORAL and VIDEOTAPED
DEPOSITION OF WITNESS KENNETH LIECK**

TO:    KENNETH LIECK
1900 Price Road
Brownsville, TX  78520

PLEASE TAKE NOTICE that at **10:00 a.m. on Tuesday, August 19, 2003**, and

continuing thereafter from day to day until completed, DINO X. CHAVEZ, STEPHEN M.

ANDRUS, FERNANDO DE PEÑA, VALENTIN PAZ and ANDRUS & PAZ, *a partnership*,

Plaintiffs, by and through their attorney of record, will take the oral deposition of **KENNETH**

**LIECK**, pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure, before a duly

qualified court reporter as follows:

|  |  |  |
|---|---|---|
| WITNESS | : | Kenneth Lieck |
| WHERE | : | RODRIGUEZ, COLVIN & CHANEY, L.L.P. |
|  | : | 1201 E. Van Buren |
|  | : | Brownsville, TX 78522-2155 |
|  | : | (956) 542-7441 |
| DATE/TIME | : | Tuesday, August 19, 2003 at 10:00 a.m. |

You are invited to attend and examine the witness. The witness must appear at the time

and place set in this notice to give testimony in the cause now pending before the Court and shall

remain in attendance from day to day until such deposition is completed. The deposition, when

taken, will be used as evidence at the trial of the above entitled and numbered cause of action.

Please also take notice that pursuant to Rule 30(b)(2), Federal Rules of Civil Procedure,

the party taking the deposition intends to cause testimony and other available evidence at the

deposition to be recorded by other than stenographic means namely videotaped recording.

Signed on this the 8th day of August, 2003.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    : (956) 504-1100
Facsimile    : (956) 504-1408


By: _____
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

Attorney for Plaintiffs,
DINO X. CHAVEZ, STEPHEN M.
ANDRUS, FERNANDO DE PEÑA,
VALENTIN PAZ and ANDRUS &
PAZ, *a partnership*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **NOTICE OF INTENTION TO TAKE THE ORAL and VIDEOTAPED DEPOSITION OF WITNESS KENNETH LIECK** has on this the _11th_ day of August, 2003, been faxed and forwarded via certified mail, return receipt requested:


Mr. Mitchell C. Chaney
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78522-2155


Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX 78701


Ms. Elizabeth G. Neally
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, TX 78520


Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521


J. Arnold Aguilar


V:\FP\DEPONTC\258-02.KL                                                        PAGE 4

# EXHIBIT E

## RODRIGUEZ, COLVIN & CHANEY, L.L.P.

ATTORNEYS AT LAW

A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY*

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J. URBIS
LECIA L. CHANEY
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L. DANISH
SARAH A. NICOLAS
SHAWN MATHIS ISBELL

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

August 11, 2003

J. Arnold Aguilar                    *Via facsimile:   504-1408*
LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, TX 78520

RE:   Civil Action No. B-02-128; *Dino X. Chavez vs. BISD, et al*; In the United States District Court for the Southern District of Texas - Brownsville Division

Dear Arnold:

I am out of town, but my secretary told me that you faxed over a Notice of Intention to Take the Oral and Videotaped Deposition of Witness Kenneth Lieck for August 19th. I am not going to be in town on August 19th and cannot produce Ken on that day. It was also my understanding that you, Elizabeth Neally and the other attorneys in this matter were going to reach an agreement that limits the scope of Ken's deposition. Before I produce him, I would like to review a copy of the agreement that is executed by all parties. In the meantime, please advise as to whether I will need to file a Motion to Quash.

Very truly yours,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

*Mitchell C. Chaney*

Mitchell C. Chaney

MCC/ss

cc:   Elizabeth Neally    *Via facsimile:   542-0016*
      Eileen Leeds        *Via facsimile:   541-1893*
      William Steele      *Via facsimile:   512-305-4800*
      Hill & Romero       *Via facsimile:   387-2279*