*46*

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, | § | |
| FERNANDO DE PENA, | § | |
| VALENTIN PAZ and | § | |
| ANDRUS & PAZ, a Partnership | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-143 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | |
| and EDDIE ERRISURIZ, JR. | § | |
| | § | |

## DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW all Defendants in the above-styled and numbered cause and move the Court to continue this cause of action from its present docket setting and as grounds therefore would show the Court the following:

**I.**

1.    For the sake of economy and expediency the parties have jointly agreed to prepare discovery in this case in conjunction with the case of *Dino Chavez vs. Brownsville Independent School District and Noe Sauceda in His Official Capacity as Board Member of Brownsville Independent School District*,  Civil Action No. B-02-143.  Both cases involve two of the same Defendants, the same time period, similar allegations and most of the same witnesses.  So far over 16 depositions have been taken in these cases since this lawsuit was filed on July 24, 2002.  This case is barely one year old.

2.    Defendants have filed their Motion for Summary Judgments on August 25, 2003. Plaintiffs' deadline for responding is September 16, 2003. The parties Joint Pre-Trial motions are due September 9, 2003.

3.    Defendants have already asked for additional time to file a Daubert Challenge as to Plaintiffs' expert, Dr. Stephen M. Horner. Due to time restraints, the first date offered for Plaintiffs' expert's deposition was September 4th or 5th , 2003. At this point his deposition is scheduled for September 5, 2003.

4.    In order to allow the court adequate time to rule on Defendants' Motion for Summary Judgment and Daubert Challenge to exclude Plaintiffs' experts, all parties agree that the present Docket Order setting this case for trial in October, 2003 is unrealistic and should be continued. All parties require additional time to prepare for trial and pursue settlement negotiations.

5.    Defendants are not requesting the continuance of the present discovery deadlines and for the continuance of any submission date, except for a continuance to file a Motion to Exclude Plaintiffs' Expert until after Dr. Horner's deposition is taken.

6.    Defendants would show to the court that a short continuance past the present jury selection of October 3, 2003 in this case would create no prejudice against any of the parties involved in this case. Defendants therefore request a ruling on this motion and a scheduling conference to determine a new trial date.

7.    This Motion is not made for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that the Court grant this Joint Motion for Continuance, order a scheduling conference to schedule a new trial date, and for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant Brownsville Independent School District

By:
     **ELIZABETH G. NEALLY**
     State Bar No. 14840400
     Federal Bar No. 8044
     **RICARDO MORADO**
     State Bar No. 14417250
     Federal Bar No. 1213

**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

Counsel for Defendants Noe Sauceda and Eddie Errisuriz, Jr.

By:
     **EILEEN M. LEEDS**
     State Bar No. 00791093
     Federal Bar No. 16799
     **CHARLES WILLETTE, JR.**
     State Bar No. 21509700
     Federal Bar No. 1937

## CERTIFICATE OF CONFERENCE

I certify that on August 1, 2003, Eileen Leeds spoke to counsel for the Plaintiffs and he expressed that he did not oppose our a continuance of the present Docket dates for trial. I further verify that I spoke to Mr. Aguilar on August 19, 2003 and he agreed to a short continuance of the present trial date.

Elizabeth G. Neally

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified, Return Receipt Requested, to counsel of record, to wit:

J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

on this 26 day of August, 2003.

Elizabeth G. Neally

UNOPPOSED MOTION FOR CONTINUANCE
23164 - Mtn [Defs Unopposed Cont]

Page 4