IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, | § | |
| FERNANDO DE PENA, | § | |
| VALENTIN PAZ and | § | |
| ANDRUS & PAZ, a Partnership | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-143 |
| | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | |
| and EDDIE ERRISURIZ, JR. | § | |

# ORDER

The Unopposed Motion for Continuance is granted. Absent very extraordinary circumstances, an example of which this Court cannot currently fathom, no further continuances will be entertained. The following are new deadlines which will control the remainder of the case:

1) Plaintiff's Responses to Dispositive Motions are due September 24, 2003;

2) Daubert (or any other similar) Motions are due October 1, 2003 with response(s) thereto due October 12, 2003;

3) Joint Pretrial Order is due November 14, 2003;

4) Pretrial Conference is November 20, 2003 at 3:00 p.m.; and

5) Jury Selection is December 4, 2003.

Further, the Plaintiff's Motion to Compel Deposition Testimony is granted. Counsel for Hector Gonzalez and Kenneth Lieck is ordered to produce both gentlemen for deposition by September 17, 2003, the time and place to be agreed upon. Counsel for Plaintiff may serve each

deponent through their counsel with a reasonable subpoena duces tecum. Counsel for Plaintiff shall immediately provide their counsel with a copy of this order.

Signed this 26th day of August, 2003.

_____
Andrew S. Hanen
United States District Judge