IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| STEPHEN M. ANDRUS, § | |
| FERNANDO DE PENA, § | |
| VALENTIN PAZ and § | |
| ANDRUS & PAZ, a Partnership § | |
| § | |
| vs. § | CIVIL ACTION NO. B-02-143 |
| § | |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT, NOE SAUCEDA, § | |
| and EDDIE ERRISURIZ, JR. § | |
| § | |

## JOINT MOTION TO EXTEND DEADLINE TO FILE DAUBERT MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW the Parties** in the above-styled and numbered cause and files and serves this their Joint Motion to Extend Deadline to file Daubert Motions and would show the Court the following:

### I.

1. The parties are requesting a short continuance of a single deadline, namely the deadline for filing Daubert Motions. Plaintiff and Defendants have conferred and it appears that all parties wish to file motions to exclude the Counter parties expert(Daubert challenges). However, due to time restraints, Plaintiff has been unable to depose Defendants' expert, Dr. Don House. In July, the parties agreed to set the deposition of Dr. House for September 23, 2003 for both this case and for a correlating case, Cause No. B-02-128, *Dino Chavez v. Brownsville Independent School District and Noe Sauceda,* also filed in the United States District Court of,

Southern District of Texas, Brownsville Division. Plaintiff indicated that he would be able to depose Dr. House in both cases on the same day. However, Plaintiff's counsel was unable to do so. Dr. House's deposition has now been re-set for October 3, 2003, the first date that all three counsel for the parties were all available. While all other discovery has been completed in this case, this lone deposition remains to be taken. It would be unfair to Plaintiffs to expect them to file a challenge and Motion to Exclude Dr. House, when his deposition has not yet been taken. At the same time, it would be unfair for Defendants to file their own Motions to Exclude and educate Plaintiff as to their Daubert challenges without Plaintiff being required to do the same.

2. The present deadline of October 1st is therefore requested to be extended until October 17, 2003, in order to allow Plaintiffs to depose Dr. House and to have adequate time to prepare any motion they might have to exclude expert.

3. The Parties respectfully request the Court to allow an extension of 16 days to file Daubert motions as to each other's expert until October 17, 2003. No request is being made for the extension of any other deadlines set out in the current Scheduling Order.

4. This Motion is not made for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, the Parties request this Court to extend the deadlines by seventeen days for the Daubert motions deadline to October 17, 2003, and grant such other and further relief as may be just and equitable.

Respectfully submitted,

**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

Counsel for Plaintiffs


By:_____
    J. ARNOLD AGUILAR
    State Bar No. 00936270
    Federal Bar No. 6822


**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant Brownsville Independent School District

By:_____
    ELIZABETH G. NEALLY
    State Bar No. 14840400
    Federal Bar No. 8044
    **RICARDO MORADO**
    State Bar No. 14417250
    Federal Bar No. 1213

Respectfully submitted,

**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

Counsel for Plaintiffs

By: _____
J. ARNOLD AGUILAR
State Bar No. 00936270
Federal Bar No. 6822


**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant Brownsville Independent School District

By: _____
**ELIZABETH G. NEALLY**
State Bar No. 14840400
Federal Bar No. 8044
**RICARDO MORADO**
State Bar No. 14417250
Federal Bar No. 1213

**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _Eileen M. Leeds w/ permission_ _E. Neely_
**EILEEN M. LEEDS**
State Bar No. 00791093
Federal Bar No. 16799
**CHARLES WILLETTE, JR.**
State Bar No. 21509700
Federal Bar No. 1937

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified, Return Receipt Requested, to counsel of record, to wit:

J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

on this 26 day of September, 2003.

Elizabeth G. Neally