United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO DE PENA, VALENTIN PAZ and ANDRUS & PAZ, a Partnership | § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-143 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, NOE SAUCEDA, and EDDIE ERRISURIZ, JR. | § § § § | |

**ORDER GRANTING JOINT MOTION TO EXTEND DAUBERT MOTION DEADLINE**

On this day came on to be considered the Joint Motion to Extend Daubert Motion Deadline, and the Court, after reviewing the file and finding the Motion to be a Joint Motion, is of the opinion that said Motion to Extend Daubert Motion Deadline should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline for filing Daubert (or other similar) motions is extended to October 17, 2003 All remaining deadlines remain as stated in the current Scheduling Order.

SIGNED FOR ENTRY this 2nd day of October, 2003.

PRESIDING JUDGE

Copies to:

Arnold Aguilar
Elizabeth G. Neally
Eileen Leeds