United States District Court
Southern District of Texas
FILED

OCT 2 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, § | | |
| FERNANDO DE PENA, § | | |
| VALENTIN PAZ and § | | |
| ANDRUS & PAZ, a Partnership § | | |
| § | | |
| vs. § | B-02-143 | |
| § | | |
| BROWNSVILLE INDEPENDENT § | | |
| SCHOOL DISTRICT, NOE SAUCEDA, § | | |
| and EDDIE ERRISURIZ, JR. § | | |
| § | | |

## DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S OBJECTIONS TO PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,** one of the Defendants in the above-styled and numbered cause and files this its Objections to Plaintiffs' Response to Motion for Summary Judgment and would respectfully show the Court the following:

I.

Defendant has previously filed a reply to Plaintiff's Motion for Summary Judgment and additionally would assert the following response and objections to the affidavit attached by Plaintiffs. Plaintiffs' affidavit as an interested party is self-serving and incompetent summary judgment evidence. Defendant would show that the affidavit is a sham affidavit and from the standpoint that it contradicts the affiant's earlier testimony for the purposes of creating a fact issue solely to prevent summary judgment should be included. See ***Bank of Illinois v. Allied Signal Safety Restraint Systems***, *75 F.3d 1162, 1168-69 (7th Cir. 1996)*. Generally, the court should disregard a party's

affidavit that counteracts a party's earlier testimony. *__Buttrey v. General Signal Corp.__*, *68 F.3d 1488, 1493 (2nd Cir. 1995)*.

## II.

In his affidavit, Stephen Andrus states conclusory statements without reliance on facts. See paragraph 6 of his affidavit.

Throughout his affidavit he reaches conclusions and makes allegations without references to facts and as such his affidavit is objected to and should be excluded as evidence.

Defendant would additionally show that plaintiffs' affidavit contains conclusional allegations and denials, speculation, and probable inferences, unsubstantiated assertions in which do not state specific facts showing a genuine issue of material fact. As such this affidavit this should not be considered by the court. Subjective believes by parties are no more then conclusions and are not competent summary judgment evidence. See *__Brownlee v. Brownlee__*, *665 S.W.2d 111, 112 (Tex. 1984)*. Assertions of unlawful conduct which are conclusory and fail to indicate the basis of such allegations are improper summary judgment evidence. See *__Texas Division-Tranter v. Carrozza__*, *876 S.W.2d 312 (Tex. 1994)*; *__Gibson v. ATL Dot Southeast Airlines__*, *2002 U.S. DIST. LEXIS 179 (U.S.N.D. Tex., January 7, 2002)*; *__S&W Enterprises, LLC v. South Trust Bank of ALA.__*, *180 F. Supp. 2d 811 (U.S.N.D. Tex. 2001)*. Once a moving party has made an initial showing that there is no evidence to support an unmoving party's case, the party opposing the motion must come forward with competent summary judgment evidence of the existence of genuine fact issue. Mere conclusory allegations are not competent summary judgment evidence, and thus are insufficient to defeat a motion for summary judgment. Unsubstantiated assertions, improbable inferences and unsupported speculation are not competent summary judgment evidence. *Id.* at 818.

WHEREFORE, PREMISES CONSIDERED, Defendant **BROWNSVILLE INDEPENDENT SCHOOL DISTRICT** prays that Plaintiffs' Responses to Motion for Summary Judgment be dismissed at Plaintiffs' cost, and for such other and further relief to which Defendant may be entitled, either at law or in equity.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for Brownsville Independent School District

By _____
ELIZABETH G. NEALLY
Texas Bar No. 14840400
Federal Bar No. 8044

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **DEFENDANT's OBJECTIONS TO PLAINTIFFS' RESPONSE TO DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT** has been mailed, Certified, Return Receipt Requested vis U.S. Postal Service to counsel of record, to wit:

J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520
Via CMRRR: 7160 3901 9848 1267 9900

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521
Via CMRRR: 7160 3901 9848 1267 9894

on this  29th  day of October, 2003.

_____
Elizabeth G. Neally