6

United States District Court
Southern District of Texas
FILED

NOV 1 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, | § | |
| FERNANDO DE PENA, | § | |
| VALENTIN PAZ and | § | |
| ANDRUS & PAZ, a Partnership | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-143 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | |
| and EDDIE ERRISURIZ, JR. | § | |

## JOINT MOTION FOR CONTINUANCE
## OF JOINT PRE-TRIAL ORDER DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW all Parties in the above-styled and numbered cause and move the Court to continue the deadlines set for filing the Joint Pre-Trial Order from its present docket setting and as grounds therefore would show the Court the following:

**I.**

1. For the sake of economy and expediency the parties have jointly agreed to prepare discovery in this case in conjunction with the case of *Dino Chavez vs. Brownsville Independent School District and Noe Sauceda in His Official Capacity as Board Member of Brownsville Independent School District*, Civil Action No. B-02-128. Both cases involve two of the same Defendants, the same time period, similar allegations and most of the same witnesses. This lawsuit was filed on July 24, 2002.

2.　Defendants have filed their Motion for Summary Judgments on August 25, 2003. Plaintiffs' filed their response on September 16, 2003. The parties Joint Pre-Trial motions are due November 14, 2003.

3.　Defendants and Plaintiffs have filed Daubert Challenge's as to each others' Expert Witness. No hearing has been scheduled for these motions.

4.　In order to allow the court adequate time to rule on Defendants' Motion for Summary Judgment and the Parties' Daubert Challenge to exclude each other's experts, all parties agree that the present Joint Pre-Trial Order date is premature and should be continued. All parties require additional time to prepare for trial and pursue settlement negotiations.

5.　The parties request that the Joint Pre-Trial Order be continued until after the hearings on the Daubert Challenges and after a ruling on Defendants' Motion for Summary Judgment.

6.　This Motion is not made for purposes of delay, but so that justice may be done.

7.　A new deadline for the Joint Pre-Trial Order is requested to be set at the Pretrial conference presently scheduled for November 20, 2003.

**WHEREFORE, PREMISES CONSIDERED,** Defendants and Plaintiffs pray that the Court grant this Joint Motion for Continuance of Joint Pre-Trial Order, order a scheduling conference to schedule a new trial date, and for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

**LAW OFFICES OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

Counsel for Plaintiffs

By: _/s/ Arnold Aguilar w/ permission EGN_
    **J. ARNOLD AGUILAR**
    State Bar No. 00936270
    Federal Bar No. 6822

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant Brownsville Independent School District

By: _/s/ Elizabeth G. Neally_
    **ELIZABETH G. NEALLY**
    State Bar No. 14840400
    Federal Bar No. 8044

**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

Counsel for Defendants Noe Sauceda and Eddie Errisuriz, Jr.

By: _/s/ Eileen M. Leeds with permission EGN_
    **EILEEN M. LEEDS**
    State Bar No. 00791093
    Federal Bar No. 16799
    **CHARLES WILLETTE, JR.**
    State Bar No. 21509700
    Federal Bar No. 1937

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Joint Motion for Continuance of Joint Pre-Trial Order Deadline has been served on all counsel of record as follows:

J. Arnold Aguilar
**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520

Eileen Leeds
**Willette & Guerra**
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

on this 7 day of November, 2003.

_____
Elizabeth G. Neally