Case 1:02-cv-00143   Document 61   Filed in TXSD on 11/10/2003   Page 1 of 1

61

United States District Court
Southern District of Texas
ENTERED

NOV 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO DE PENA, VALENTIN PAZ and ANDRUS & PAZ, a Partnership | § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-143 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, NOE SAUCEDA, and EDDIE ERRISURIZ, JR. | § § § § § | |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE AND ORDER SETTING SCHEDULING CONFERENCE

On this day came on to be considered the Parties' Joint Motion for Continuance, and the Court, after reviewing the file and finding the Joint Motion for Continuance is unopposed, is of the opinion that said Joint Motion for Continuance should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that a scheduling conference to determine a new docket order is set for _November 20_, 2003 at _3:00_ o'clock, _p_.m.. All counsel of record must attend.

SIGNED FOR ENTRY this _10th_ day of _November_, 2003.

_____
PRESIDING JUDGE

Copies to:

Arnold Aguilar
Elizabeth G. Neally
Eileen Leeds