THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

SCHEDULING CONFERENCE

United States District Court
Southern District of Texas
FILED
NOV 2 0 2003
Michael N. Milby
Clerk of Court

CIVIL ACTION NO. **B-02-143**    DATE & TIME **11/20/03 @ 3:00 - 3:17 pm**

COUNSEL:

| STEPHEN ANDRUS, ET AL | § | J. Arnold Aguilar |
|---|---|---|
| VS | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, ET AL | § | Elizabeth Neally/Eileen Leeds |

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket. J. Arnold Aguilar appeared for Plaintiffs. Elizabeth Neally appeared for deft, B.I.S.D. Eileen Leeds appeared for deft, Eddie Errisuriz.

Following dates were set by the Court:

Final Pretrial is set for 3/1/04 @ 1:30 p.m.
Jury Selection is set for 3/2/04 @ 9:00 a.m.
Final Pretrial order due by 2/13/04

Counsel waive oral arguments.

Court is adjourned.