IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STEPHEN M. ANDRUS,<br>FERNANDO DE PENA,<br>VALENTIN PAZ and<br>ANDRUS & PAZ, a Partnership<br><br>vs.<br><br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT, NOE SAUCEDA,<br>and EDDIE ERRISURIZ, JR. | §<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. B-02-143<br>§<br>§<br>§<br>§<br>§ |

United States District Court
Southern District of Texas
ENTERED

FEB 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# ORDER

The final pretrial conference in the above-referenced case will continue as scheduled on March 1, 2004 at 1:30 p.m. At that time the parties need to be ready to address all pending motions including the motions for summary judgment and the Daubert motions.

The jury selection initially scheduled for March 2, 2004 will be continued to April 1, 2004 at 9:00 a.m.

Signed this 23rd day of February, 2004.

Andrew S. Hanen
United States District Judge