

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| STEPHEN M. ANDRUS, FERNANDO § <br> DE PEÑA, VALENTIN PAZ AND § <br> ANDRUS & PAZ, A PARTNERSHIP § <br> § <br> VS. § <br> § <br> BROWNSVILLE INDEPENDENT § <br> SCHOOL DISTRICT, NOE SAUCEDA § <br> AND EDDIE ERRISURIZ, JR. § | CIVIL ACTION NO. B-02-143 <br> JURY REQUESTED |

### NOTICE OF CHANGE OF ADDRESS

COMES NOW, Eileen M. Leeds, one of the attorneys in the above styled and numbered cause and notifies the court and all parties of a change of address. Effective immediately, all further correspondence and pleadings should be sent to the following address:

Eileen M. Leeds
Willette & Guerra, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893

It is respectfully requested that the Clerk of the Court accordingly revise the Court's records and note this change of address.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Eileen Leeds w/p bee*
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

**ATTORNEY FOR DEFENDANTS NOE SAUCEDA AND EDDIE ERRISURIZ, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of March, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CM/RRR**
Mr. J. Arnold Aguilar
Law Offices of J. Arnold Aguilar
Artemis Square, Ste. H-2
1200 Central Blvd.
Brownsville, Texas 78520

Ms. Elizabeth G. Neally
Roerig, Oliveira, & Fisher, L.L.P.
855 W. Price Road, Ste. 9
Brownsville, Texas 78520

*Eileen Leeds w/p bee*
Eileen M. Leeds

02-177 ANDRUS:   ntc-changeaddress
PAGE 2