THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

FINAL PRETRIAL CONFERENCE

MAR 0 1 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-143     DATE & TIME 3/1/04 @ 1:52 - 4:30 p.m.

COUNSEL:

| | | |
|---|---|---|
| STEPHEN ANDRUS, ET AL | § | J. Arnold Aguilar |
| VS | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, ET AL | § | Elizabeth Neally/Eileen Leeds |

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket. J. Arnold Aguilar appeared for Plaintiffs. Elizabeth Neally appeared for deft, B.I.S.D. Eileen Leeds appeared for deft, Eddie Errisuriz.

Court addresses several claims. Parties are instructed by the Court to file any additional briefing or additional law by March 15, 2004 for the Court's consideration.

Final Pretrial is reset to May 4, 2004 @ 1:30 pm and Jury Selection is reset to May 6, 2004 @ 9:00 a.m.

Mr. Aguilar is granted leave to designate Mr. Andrus as an expert and Defts have leave to depose him on those figures and where they came from.

Any Daubert issues will be taken up on May 4, 2004.

Court is adjourned.