74

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO DE PENA, VALENTIN PAZ and ANDRUS & PAZ, a Partnership | § § § § § | |
| vs. | § § § | CIVIL ACTION NO. B-02-143 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, NOE SAUCEDA, and EDDIE ERRISURIZ, JR. | § § § § | |

## ORDER

On this the 30th day of April, 2004, the court addressed a number of motions which have previously been filed by the parties. The court hereby rules on all outstanding motions.

The Motions for Summary Judgment (including Supplemental and Amended) filed by Brownsville Independent School District, Noe Sauceda and Eddie Errisuriz, Jr. are hereby granted for reasons stated in the opinions which the court will issue on May 3, 2004. Brownsville Independent School District's Motion for Leave to File Supplemental Authority is granted. Further, the objections filed by Brownsville Independent School District to Andrus' affidavit are granted to the extent described in the opinion. The Joint Motion and Supplemental Joint Motion to Strike Experts are denied as being moot, as is Plaintiffs' Motion to Exclude the testimony of Donald House. The Motion for Sanctions file by Noe Sauceda and Eddie Errisuriz, Jr. is denied.

Signed this 30th day of April, 2004.

Andrew S. Hanen
United States District Judge