AO 133     (Rev. 9/89) Bill of Costs

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

MAY 1 1 2004

Michael N. Milby
Clerk of Court

Southern _____ District of _____ Texas _____

Stephen M. Andrus, et al

V.

Brownsville ISD, Noe Sauceda
and Eddie Errisuriz, Jr.

## BILL OF COSTS

Case Number: B-02-143

Judgment having been entered in the above entitled action on **4/30/04** against **Plaintiffs** ,
                                                               Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | **$5,800.75** |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | **147.00** |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ **$5,947.75** |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services
for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage
prepaid to:   **all counsel of record.**

Signature of Attorney: _____ *Eileen Leeds* _____

Name of Attorney:   **Eileen M. Leeds** _____

For:   **Noe Sauceda and Eddie Errisuriz, Jr.** _____  Date: **5/11/04**
       Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
Clerk of Court               Deputy Clerk              Date

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, FERNANDO | § | |
| DE PEÑA, VALENTIN PAZ AND | § | |
| ANDRUS & PAZ, A PARTNERSHIP | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  B-02-143 |
| | § | JURY REQUESTED |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA | § | |
| AND EDDIE ERRISURIZ, JR. | § | |

---

### CERTIFICATION IN SUPPORT OF DEFENDANT
### NOE SAUCEDA and EDDIE ERRISURUZ'S BILL OF COSTS

---

Eileen M. Leeds, being duly sworn, deposes and says:

1.     I am an attorney at law admitted to practice in the United States District Court for the Southern District of Texas in this matter and I am a member of the firm Willette & Guerra, L.L.P.

2.     Our firm has been retained by Texas Association of School Boards to represent Noe Sauceda and Eddie Errisuriz in the above-captioned matter.

3.     On April 30, 2004, pursuant to Federal Rule of Civil Procedure 56, this Court entered judgment against the Plaintiffs.

4.     The reasonable costs and expenses incurred by Texas Association of School Boards through Willette & Guerra, L.L.P. in the defense of Plaintiff's claims are set forth in the attached Bill of Costs, which includes true and correct copies of the appropriate invoices, bills, checks, check stubs or other accounting documents necessary to substantiate the Bill of Costs.

5.     Insofar as the costs and expenses incurred by Texas Association of School Boards in defending the Plaintiff's claims are reasonable, this Court should tax costs against Plaintiff

BILL OF COSTS

| Date | Deposition Transcripts | Amount | Company |
|------|------------------------|--------|---------|
| 3/26/03 | Fernando De Pena | $175.75 | Hill & Romero Certified Court Reporters |
| 3/31/03 | Stephen M. Andrus | $199.75 | Hill & Romero Certified Court Reporters |
| 4/10/03 | Rachel Ayala | $128.75 | Hill & Romero Certified Court Reporters |
| 4/10/03 | Berta A. Pena | $125.25 | Hill & Romero Certified Court Reporters |
| 4/10/03 | Johnny Pineda | $125.25 | Hill & Romero Certified Court Reporters |
| 4/10/03 | German Castillo | $100.25 | Hill & Romero Certified Court Reporters |
| 4/18/03 | Leonel Lopez  - Vol. 1 | $216.50 | Hill & Romero Certified Court Reporters |
| 5/5/03 | Eduardo Errisuriz | $405.25 | Hill & Romero Certified Court Reporters |
| 5/6/03 | Noe Sauceda - Vol. 1 | $339.25 | Hill & Romero Certified Court Reporters |
| 5/29/03 | Kenneth Lieck | $50.00 | Hill & Romero Certified Court Reporters |
| 5/29/03 | Hector Gonzalez | $50.00 | Hill & Romero Certified Court Reporters |
| 6/5/03 | Leonel Lopez  - Vol. 2 | $161.25 | Hill & Romero Certified Court Reporters |
| 6/30/03 | Noe Sacueda  - Vol. 2 | $418.50 | Hill & Romero Certified Court Reporters |
| 7/31/03 | Valentin Paz | $202.00 | Hill & Romero Certified Court Reporters |
| 8/11/03 | David Soliz | $1,132.80 | Esquire Deposition Services |
| 8/25/03 | Tom Miller | $560.95 | Esquire Deposition Services |
| 8/29/03 | Joe Colunga | $199.25 | Hill & Romero Certified Court Reporters |
| 9/8/03 | Eusebio Samuel Sauceda | $90.00 | Hill & Romero Certified Court Reporters |
| 9/8/03 | Sylvia Petraca | $88.75 | Hill & Romero Certified Court Reporters |
| 10/6/03 | Kenneth Lieck | $169.50 | Hill & Romero Certified Court Reporters |
| 10/7/03 | Stephen M. Horner | $364.25 | Hill & Romero Certified Court Reporters |
| 10/8/03 | Donald R. House | $340.00 | Hill & Romero Certified Court Reporters |
| 10/13/03 | Hector Gonzalez | $157.50 | Hill & Romero Certified Court Reporters |

| Date | Copies | Amount | Company |
|------|--------|--------|---------|
| 8/7/03 | Copies of discovery | $147.00 | Law Office of J. Arnold Aguilar |

| Grand Total | | $5,947.75 |
|-------------|--|-----------|

| Total Bill of Costs | | |
|---|---|---|
| 1 | Fees of Court Reporter for all or any part of the transcripts necessarily obtained for use in the case | $5,800.75 |
| 2 | Fees for exemplification and copies of papers necessarily obtained for use in the case | $147.00 |
| | **Grand Total** | **$5,947.75** |

# H&R Hill & Romero
### Certified Court Reporters



5415 North McColl, Suite 107, McAllen, Texas 78504
Phone:  (956) 994-8898          Toll Free: (800) 218-6286
Fax:  (956) 994-9992          E-mail: hillandromero@aol.com

RECEIVED
MAR 2 8 2003
02-177

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

**INVOICE NO. :**          610
**INVOICE DATE:**     3/26/2003
**REPORTER:**
Lou Zuniga

B-02-143

**ID#**  74-2935776

DEPO OF:FERNANDO DE PENA:03/10/03
Stephen M. Andrus vs. Brownsville I.S.D.

| Date | Description |
|------|-------------|
| 3/26/2003 | Copy of Deposition |
| 3/26/2003 | Processing |
| 3/26/2003 | Exhibits (black & white) |
| 3/26/2003 | Condensed Transcript |
| 3/26/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 175.75 |
| **Paid** | 0.00 |
| **Balance Due** | 175.75 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



# Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898          Toll Free: (800) 218-6286
Fax: (956) 994-9992          E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

| INVOICE NO. : | 661 |
|---|---|
| INVOICE DATE: | 3/31/2003 |
| REPORTER: | |
| Lou Zuniga | |

B-02-143

ID# 74-2935776

DEPO OF:STEPHEN M. ANDRUS:03/12/03
Stephen M. Andrus vs. Brownsville Indepe

| Date | Description | |
|---|---|---|
| 3/31/2003 | Copy of Deposition | |
| 3/31/2003 | Processing | |
| 3/31/2003 | Exhibits (black & white) | |
| 3/31/2003 | Condensed Transcript | |
| 3/31/2003 | E-Transcript Diskette | |

| | |
|---|---|
| Sub Total | 199.75 |
| Paid | .00 |
| Balance Due | 199.75 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

**INVOICE NO. :**       762
**INVOICE DATE:**    4/10/2003
**REPORTER:**
Lou Zuniga

B-02-143

**ID#** 74-2935776

DEPO OF:RACHEL AYALA:03/26/03
Stephen M Andrus vs. Brownsville I. S. D

| Date | Description |
|------|-------------|
| 4/10/2003 | Copy of Deposition |
| 4/10/2003 | Exhibits (black & white) |
| 4/10/2003 | Condensed Transcript |
| 4/10/2003 | E-Transcript Diskette |

|  |  |
|--|--|
| **Sub Total** | 128.75 |
| **Paid** | 0.00 |
| **Balance Due** | 128.75 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

**INVOICE NO. :**        759
**INVOICE DATE:**    4/10/2003
**REPORTER:**
Lou Zuniga

B-02-143

**ID#**   74-2935776

DEPO OF:BERTA A. PENA:03/27/03
Stephen M Andrus vs. Brownsville I. S. D

| Date | Description |
|------|-------------|
| 4/10/2003 | Copy of Deposition |
| 4/10/2003 | Exhibits (black & white) |
| 4/10/2003 | Condensed Transcript |
| 4/10/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 125.25 |
| **Paid** | 0.00 |
| **Balance Due** | 125.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**





# Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898          Toll Free: (800) 218-6286
Fax: (956) 994-9992          E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

| | |
|---|---|
| **INVOICE NO. :** | 756 |
| **INVOICE DATE:** | 4/10/2003 |
| **REPORTER:** | |
| Lou Zuniga | |

B-02-143

**ID#** 74-2935776

DEPO OF:JOHNNY PINEDA:03/27/03
Stephen M Andrus vs. Brownsville I. S. D

| Date | Description |
|---|---|
| 4/10/2003 | Copy of Deposition |
| 4/10/2003 | Exhibits (black & white) |
| 4/10/2003 | Condensed Transcript |
| 4/10/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 125.25 |
| **Paid** | 0.00 |
| **Balance Due** | 125.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



RECEIVED
APR 14 2003
02-177



# Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone:  (956) 994-8898          Toll Free: (800) 218-6286
Fax:  (956) 994-9992          E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

B-02-143

DEPO OF:GERMAN CASTILLO:03/26/03
Stephen M Andrus vs. Brownsville I. S. D

| INVOICE NO. : | 753 |
|---|---|
| INVOICE DATE: | 4/10/2003 |
| REPORTER: | |
| Lou Zuniga | |

**ID#** 74-2935776

| Date | Description |
|---|---|
| 4/10/2003 | Copy of Deposition |
| 4/10/2003 | Processing |
| 4/10/2003 | Exhibits (black & white) |
| 4/10/2003 | Condensed Transcript |
| 4/10/2003 | E-Transcript Diskette |

| | |
|---|---|
| Sub Total | 100.25 |
| Paid | 0.00 |
| Balance Due | 100.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



RECEIVED
APR 14 2003
02-177



# Hill & Romero
## Certified Court Reporters

RECEIVED
APR 24 2003
02-177

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898          Toll Free: (800) 218-6286
Fax: (956) 994-9992          E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

**INVOICE NO. :**        813
**INVOICE DATE:**    4/18/2003
**REPORTER:**
Lou Zuniga

B-02-143

**ID#**  74-2935776

DEPO OF:DR. LEONEL LOPEZ:03/26/03
Stephen M. Andrus vs. Brownsville I.S.D.

| Date | Description |
|------|-------------|
| 4/18/2003 | Copy of Deposition |
| 4/18/2003 | Processing |
| 4/18/2003 | Exhibits (black & white) |
| 4/18/2003 | E-Transcript Diskette |
| 4/18/2003 | Condensed Transcript |

| | |
|---|---|
| **Sub Total** | 216.50 |
| **Paid** | 0.00 |
| **Balance Due** | 216.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone:  (956) 994-8898        Toll Free: (800) 218-6286
Fax:  (956) 994-9992        E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

| | |
|---|---|
| **INVOICE NO. :** | 894 |
| **INVOICE DATE:** | 5/05/2003 |
| **REPORTER:** | |
| Lou Zuniga | |

B-02-143

**ID#**  74-2935776

DEPO OF:EDURADO ERRISURIZ, JR.,:04/07/03
Stephen M. Andrus vs. Brownsville ISD

| Date | Description |
|---|---|
| 5/05/2003 | Copy of Deposition |
| 5/05/2003 | Processing |
| 5/05/2003 | Exhibits (black & white) |
| 5/05/2003 | Condensed Transcript |
| 5/05/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 405.25 |
| **Paid** | 0.00 |
| **Balance Due** | 405.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# H&R Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898          Toll Free: (800) 218-6286
Fax: (956) 994-9992          E-mail: hillandromero@aol.com

| | |
|---|---|
| **INVOICE NO. :** | 915 |
| **INVOICE DATE:** | 5/06/2003 |
| **REPORTER:** | |
| Lou Zuniga | |

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

B-02-143

DEPO OF:NOE SAUCEDA:04/09/03
Stephen M. Andrus vs. Brownsville ISD

**ID#** 74-2935776

| Date | Description |
|---|---|
| 5/06/2003 | Copy of Deposition |
| 5/06/2003 | Processing |
| 5/06/2003 | Exhibits (black & white) |
| 5/06/2003 | Condensed Transcript |
| 5/06/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 339.25 |
| **Paid** | 0.00 |
| **Balance Due** | 339.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# H&R Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898     Toll Free: (800) 218-6286
Fax: (956) 994-9992     E-mail: hillandromero@aol.com

RECEIVED
JUN - 2 2003
02-177

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

| | |
|---|---|
| INVOICE NO. : | 1148 |
| INVOICE DATE: | 5/29/2003 |
| REPORTER: | |
| Lou Zuniga | |

B-02-143

DEPO OF: KENNETH LIECK: 05/20/03
Stephen M. Andrus vs. Brownsville ISD

ID# 74-2935776

| Date | Description |
|---|---|
| 5/29/2003 | Certificate of Non-Appearance |

| | |
|---|---|
| Sub Total | 50.00 |
| Paid | 0.00 |
| Balance Due | 50.00 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# H&R Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898      Toll Free: (800) 218-6286
Fax: (956) 994-9992      E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

**INVOICE NO. :**     1149
**INVOICE DATE:**     5/29/2003
**REPORTER:**
Lou Zuniga

B-02-143

**ID#** 74-2935776

DEPO OF:HECTOR GONZALEZ:05/20/03
Stephen M. Andrus vs. Brownsville ISD

| Date | Description |
|------|-------------|
| 5/29/2003 | Certificate of Non-Appearance |

| | |
|---|---|
| **Sub Total** | 50.00 |
| **Paid** | 0.00 |
| **Balance Due** | 50.00 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

02177

# H&R

# Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898    Toll Free: (800) 218-6286
Fax: (956) 994-9992    E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

| INVOICE NO. : | 1179 |
|---|---|
| INVOICE DATE: | 6/05/2003 |
| REPORTER: | |
| Lou Zuniga | |

B-02-143

DEPO OF:DR. LEONEL LOPEZ VOL.2,:05/20/03
Stephen M. Andrus, et al. vs. Brownsvill

ID#  74-2935776

| Date | Description |
|---|---|
| 6/05/2003 | Copy of Deposition |
| 6/05/2003 | Processing |
| 6/05/2003 | Exhibits (black & white) |
| 6/05/2003 | E-Transcript Diskette |
| 6/05/2003 | Condensed Transcript |

| | |
|---|---|
| Sub Total | 161.25 |
| Paid | 0.00 |
| Balance Due | 161.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



RECEIVED
JUN - 9 2003
02 177

# H&R Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898          Toll Free: (800) 218-6286
Fax: (956) 994-9992          E-mail: hillandromero@aol.com

RECEIVED
JUL
02-117

| | |
|---|---|
| Eileen M. Leeds | **INVOICE NO. :** 1361 |
| Willette & Guerra, L. L. P. | **INVOICE DATE:** 6/30/2003 |
| 3505 Boca Chica Boulevard | **REPORTER:** |
| Brownsville, TX 78521 | Lou Zuniga |

B-02-143                          **ID#** 74-2935776

DEPO OF:NOE SAUCEDA:06/17/03
Stephen M. Andrus vs. Dino Chavez vs. Br

| Date | Description |
|---|---|
| 6/30/2003 | Copy of Deposition |
| 6/30/2003 | Processing |
| 6/30/2003 | Exhibits (black & white) |
| 6/30/2003 | Condensed Transcript |
| 6/30/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 418.50 |
| **Paid** | 0.00 |
| **Balance Due** | 418.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



# Hill & Romero
## Certified Court Reporters

10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

|  |  |
|---|---|
| **INVOICE NO. :** | 1620 |
| **INVOICE DATE:** | 7/31/2003 |

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

**REPORTER:**
Lou Zuniga

B-02-143

**ID#** 74-2935776

DEPO OF:VALENTIN PAZ:07/16/03
Stephen M. Andrus vs. Brownsville ISD

| Date | Description |
|---|---|
| 7/31/2003 | Copy of Deposition |
| 7/31/2003 | Processing |
| 7/31/2003 | Exhibits (black & white) |
| 7/31/2003 | Condensed Transcript |
| 7/31/2003 | E-Transcript Diskette |

|  |  |
|---|---|
| **Sub Total** | 202.00 |
| **Paid** | 0.00 |
| **Balance Due** | 202.00 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



RECEIVED
AUG - 6 2003
02177



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    146003      WISES01
3101 BEE CAVES ROAD, #220
AUSTIN, TEXAS  78746
(512)328-5557  FAX (512)328-8139

To:
Willette & Guerra, L.L.P.
International Plaza, #460
3505 Boca Chica Boulevard
Brownsville, TX 78521

| INVOICE NUMBER | DATE |
|---|---|
| 155992EAN | 08/11/03 |

ATTN : EILEEN M. LEEDS                    Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**
                    US District Court
**CAPTION:**
          ANDRUS, S. VS. BROWNSVILLE I.S.D.

SERVICES PROVIDED ON 07/02/03:
David Soliz                    1- 199   199 PGS              O+1

Original & Copy of Deposition
Complimentary condensed copy

RECEIVED
AUG 18 2003
02-177

Thank You!

| BALANCE DUE | TOTAL | |
|---|---|---|
| (We accept VISA, MasterCard & American Express cards) | 1,132.80 | Thank You! |

For Invoice Questions,
Please Call
(210) 377-3027
**CALL OUR OFFICE TO SCHEDULE YOUR OUT-OF-TOWN DEPOS**   Fax (210)344-6016

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services**            JOB: 146003  TOT: $1132.80
P.O. Box 17012                          INVOICE #: 155992EAN
Baltimore,MD 21297-1012                 DATE: 08/11/03
Tax ID # 22-3779684

Willette & Guerra, L.L.P.
Attn: EILEEN M. LEEDS
International Plaza, #460
3505 Boca Chica Boulevard
Brownsville, TX 78521



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

B

# ESQUIRE™
### DEPOSITION SERVICES
##### A HOBART WEST COMPANY

**ESQUIRE DEPOSITION SERVICES**
**A Hobart West Company**
Tax ID # 22-3779684
7800 IH-10 WEST, SUITE #100
SAN ANTONIO, TEXAS  78230
800.969.3027   210.377.3027  FAX 210.344.6016

148234    HURSS01

| INVOICE NUMBER | DATE |
|---|---|
| 156695EAN | 08/25/03 |

**To:**
Willette & Guerra, L.L.P.
International Plaza, #460
3505 Boca Chica Boulevard
Brownsville, TX 78521

ATTN : EILEEN M. LEEDS

**Due Upon Receipt**

| AMOUNT DUE | ENCL. |
|---|---|

---

**YOUR REFERENCE NUMBER:**      US District Court

**CAPTION:**
    ANDRUS, S. VS. BROWNSVILLE I.S.D.

SERVICES PROVIDED ON 08/15/03:
Tom Miller                    1- 101   101 PGS

Original * Copy of Deposition
Per Diem (in quarter hours)
Admin/Rule 203 Fee
Parking Fee
Transcript Indexing
UPS Original/Copy
Thank You!

O+1

RECEIVED
SEP - 2 2003
02-177

---

BALANCE DUE                                          **TOTAL**    560.95    *Thank You!*
(We accept VISA, MasterCard & American Express cards)

For Invoice Questions,
Please Call
(210)377-3027

**CALL OUR OFFICE TO SCHEDULE YOUR OUT-OF-TOWN DEPOS**    Fax (210)344-6016

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services**
P.O. Box 17012
Baltimore,MD 21297-1012
Tax ID # 22-3779684

JOB: 148234  TOT: $560.95
INVOICE #: 156695EAN
DATE: 08/25/03

Willette & Guerra, L.L.P.
Attn: EILEEN M. LEEDS
International Plaza, #460
3505 Boca Chica Boulevard
Brownsville, TX 78521



# ESQUIRE™
### DEPOSITION SERVICES
##### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# H&R  Hill & Romero
## Certified Court Reporters

10125 N. 10th , Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

SEP - 9 2003

02-177

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

B-02-143

DEPO OF:JOE COLUNGA, III,:08/20/03
Stephen M. Andrus, et al. vs. Brownsvill

**INVOICE NO. :**       1927
**INVOICE DATE:**    8/29/2003
**REPORTER:**
Lou Zuniga

**ID#**  74-2935776

| Date | Description |
|------|-------------|
| 8/29/2003 | Copy of Deposition |
| 8/29/2003 | Processing |
| 8/29/2003 | Exhibits (black & white) |
| 8/29/2003 | Condensed Transcript |
| 8/29/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 199.25 |
| **Paid** | 0.00 |
| **Balance Due** | 199.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# H&R   Hill & Romero
## Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

B-02-143

DEPO OF:EUSEBIO SAMUEL SAUCEDA:08/19/0
Stephen M. Andrus vs. Brownsville I.S.D.

**INVOICE NO. :**      1974

**INVOICE DATE:**    9/08/2003

**REPORTER:**
Lou Zuniga

**ID#** 74-2935776

| Date | Description |
|------|-------------|
| 9/08/2003 | Copy of Deposition |
| 9/08/2003 | Condensed Transcript |
| 9/08/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 90.00 |
| **Paid** | 0.00 |
| **Balance Due** | 90.00 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



# Hill & Romero
### Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

02-177

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

B-02-143

DEPO OF:SYLVIA D. PETRARCA:08/19/03
Stephen M. Andrus vs. Brownsville I.S.D.

**INVOICE NO. :** 1971
**INVOICE DATE:** 9/08/2003
**REPORTER:**
Lou Zuniga

**ID#** 74-2935776

| Date | Description |
|------|-------------|
| 9/08/2003 | Copy of Deposition |
| 9/08/2003 | Processing |
| 9/08/2003 | Condensed Transcript |
| 9/08/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 88.75 |
| **Paid** | 0.00 |
| **Balance Due** | 88.75 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# H&R    Hill & Romero
## Certified Court Reporters
10125 N. 10th , Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

**INVOICE NO. :**    2211
**INVOICE DATE:**    10/06/2003
**REPORTER:**
Lou Zuniga

B-02-143

**ID#** 74-2935776

DEPO OF:KENNETH J. LIECK:09/19/03
Stephen M. Andrus vs. Brownsville ISD

| Date | Description |
|------|-------------|
| 10/06/2003 | Copy of Deposition |
| 10/06/2003 | Processing |
| 10/06/2003 | Exhibits (black & white) |
| 10/06/2003 | Condensed Transcript |
| 10/06/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 169.50 |
| **Paid** | 0.00 |
| **Balance Due** | 169.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**


RECEIVED
OCT - 8 2003



# Hill & Romero
## Certified Court Reporters
10125 N. 10th , Suite B, McAllen, Texas  78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

**INVOICE NO. :**     2217
**INVOICE DATE:**    10/07/2003
**REPORTER:**
Lou Zuniga

B-02-143

**ID#** 74-2935776

DEPO OF:STEPHEN M. HORNER:09/18/03
Stephen M. Andrus vs. Brownsville ISD

| Date | Description |
|------|-------------|
| 10/07/2003 | Copy of Deposition |
| 10/07/2003 | Processing |
| 10/07/2003 | Exhibits (black & white) |
| 10/07/2003 | Condensed Transcript |
| 10/07/2003 | E-Transcript Diskette |

|  |  |
|--|--|
| **Sub Total** | 364.25 |
| **Paid** | 0.00 |
| **Balance Due** | 364.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

OCT - 2 2003



# Hill & Romero
## Certified Court Reporters
10125 N. 10th , Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

**INVOICE NO. :**      2226
**INVOICE DATE:**    10/08/2003
**REPORTER:**
Lou Zuniga

B-02-143

**ID#** 74-2935776

DEPO OF:DONALD R. HOUSE, M.D.,:10/03/03
Stephen M. Andrus vs. Brownsville I.S.D.

| Date | # | Description |
|------|---|-------------|
| 10/08/2003 | | Copy of Deposition |
| 10/08/2003 | | Processing |
| 10/08/2003 | | Exhibits (black & white) |
| 10/08/2003 | | Condensed Transcript |
| 10/08/2003 | | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 340.00 |
| **Paid** | 0.00 |
| **Balance Due** | 340.00 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

02-177



# Hill & Romero
## Certified Court Reporters
10125 N. 10th , Suite B, McAllen, Texas 78504
Phone: (956) 287-8898 Toll Free: (800) 218-6286
Fax: (956) 287-2279 E-mail: hillandromero@aol.com

Eileen M. Leeds
Willette & Guerra, L. L. P.
3505 Boca Chica Boulevard
Brownsville, TX 78521

**INVOICE NO. :**   2251
**INVOICE DATE:**   10/13/2003
**REPORTER:**
Lou Zuniga

B-02-143

**ID#**  74-2935776

DEPO OF:HECTOR GONZALEZ:09/19/03
Stephen M. Andrus vs. Brownsville ISD

| Date | # | Description |
|------|---|-------------|
| 10/13/2003 | | Copy of Deposition |
| 10/13/2003 | | Processing |
| 10/13/2003 | | Condensed Transcript |
| 10/13/2003 | | E-Transcript Diskette |

|  |  |
|---|---|
| **Sub Total** | 157.50 |
| **Paid** | 0.00 |
| **Balance Due** | 157.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

02-177

# LAW OFFICE J. ARNOLD AGUILAR

ARTEMIS SQUARE, SUITE H-2
1200 CENTRAL BOULEVARD
BROWNSVILLE, TEXAS  78520
TELEPHONE:  (956) 504-1100
FACSIMILE:  (956) 504-1408
TAX I.D. NO. 74-27716638

**BILL TO:**
Ms. Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

August 7, 2003

Re:    Civil Action No. B-02-143
Stephen M. Andrus, et al. vs. Brownsville I.S.D., et al.
U.S.D.C. - Brownsville Division
Our File No. 263-02

## STATEMENT

copies requested  (980 @ .15)                                   $147.00
re: Andrus' financial documents

AMOUNT DUE:  $147.00

Please make check payable to:
LAW OFFICE J. ARNOLD AGUILAR

