# United States District Court

SOUTHERN — **DISTRICT OF** TEXAS

United States District Court
Southern District of Texas
FILED

MAY 1 2 2004

BROWNSVILLE DIVISION

Michael N. Milby
Clerk of Court

STEPHEN M. ANDRUS, FERNANDO DE PENA,
VALENTIN PAZ & ANDRUS & PAZ, a Partnership

**BILL OF COSTS**

**V.**

Case Number: B-02-143

BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,
NOE SAUCEDA AND EDDIE ERRISURIZ, JR.

Judgment having been entered in the above entitled action on __04/30/04__ against STEPHEN M. ANDRUS, FERNANDO DE
                                                              Date                        PENA, VALENTIN PAZ and
the Clerk is requested to tax the following as costs:                                     ANDRUS & PAZ, a Partnership

| | |
|---|---|
| Fees of the Clerk ........................................................................... $ | |
| Fees for service of summons and subpoena ....................................................... | 230.00 [Tab 1] |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ....... | 6,693.03 [Tab 2] |
| Fees and disbursements for printing ............................................................. | |
| Fees for witnesses (itemize on reverse side) ..................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ..................... | 3,308.13 [Tab 3] |
| Docket fees under 28 U.S.C. 1923 ............................................................... | |
| Costs as shown on Mandate of Court of Appeals .................................................. | |
| Compensation of court–appointed experts ......................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ............. | |
| Other costs (please itemize) . [Expert Expenses] ................................................ | 1,280.65 [Tab 4] |
| TOTAL $ | 11,511.81 |

**SPECIAL NOTE:** Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

J. Arnold Aguilar, Attorney for Plaintiffs; Eileen Leeds, Attorney for Defendants Noe Sauceda and Eddie Errisuriz, Jr.

Signature of Attorney: _____

Name of Attorney: __ELIZABETH G. NEALLY__

For: __Brownsville Independent School District__            Date: __May 12, 2004__
         Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

_____    By: _____    _____
Clerk of Court                    Deputy Clerk                        Date

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, | § | |
| FERNANDO DE PENA, | § | |
| VALENTIN PAZ and | § | |
| ANDRUS & PAZ, a Partnership | § | |
| | § | |
| vs. | § | B-02-143 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, NOE SAUCEDA, | § | |
| and EDDIE ERRISURIZ, JR. | § | |

CERTIFICATION IN SUPPORT
OF DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S
BILL OF COSTS

Elizabeth G. Neally, being duly sworn, deposes and says:

1.      I am an attorney at law admitted to practice in the United States District Court for the Southern District of Texas pro hac vice in this matter and I am a member of the firm of Roerig, Oliveira & Fisher, L.L.P.

2.      Our firm has been retained by Texas Association of School Boards to represent Brownsville Independent School District in the above-captioned matter.

3.      On April 30, 2004, pursuant to Federal Rule of Civil Procedure 56, this Court granted Defendant Brownsville Independent School District's Motion for Summary Judgment.

4.      The reasonable costs and expenses incurred by Defendant Brownsville Independent School District through Roerig, Oliveira & Fisher, L.L.P. in the defense of Plaintiffs' claims are set forth in the attached Bill of Costs, which includes true and correct copies of the appropriate invoices,

bills, checks, or other accounting documents necessary to substantiate the Bill of Costs.

     5.     Insofar as the costs and expenses incurred by Defendant Brownsville Independent School District in defending against Plaintiffs' claims are reasonable, this Court should tax costs against Plaintiffs pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. §1920.

     6.     I declare under penalty of perjury that the costs in the attached Bill of Costs are correct and were necessarily incurred in this action and the services for which expenses have been charged were actually and necessarily performed.

     7.     I have knowledge of the facts, that such items are correct and have been necessarily incurred in this case and that the services for which fees have been charged were actually necessarily performed.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 Facsimile

Attorneys for Brownsville Independent School District

By _____
Elizabeth G. Neally
Texas Bar No. 14840400
Federal Bar No. 8044

**SWORN TO AND SUBSCRIBED** before me on this _12th_ day of May, 2004, by Elizabeth G. Neally to certify which witness my hand and seal of office.

_____
NOTARY FOR THE STATE OF TEXAS

| | TOTAL BILL OF COSTS | |
|---|---|---|
| 1 | Fees for Summons and Subpoenas | $230.00 |
| 2 | Fees for Court Reporter for all or any part of the Transcript necessarily obtained for use in the case | $6,693.03 |
| 3 | Fees for Exemplification and Copies of papers necessarily obtained for use in this case | $3,308.13 |
| 4 | Expert Expenses | $1,280.65 |
| | | |
| | **GRANT TOTAL:** | **$11,511.81** |

| Date | Subpoenas | Amount | Company |
|---|---|---|---|
| 08/05/03 | Subpoena for Sylvia Petraca | $115.00 | Bill McMillon & Associates, LC |
| 08/05/03 | Subpoena for Samuel Sauceda | $115.00 | Bill McMillon & Associates, LC |
| | **TOTAL** | **$230.00** | |
| | | | |

# INVOICE

**Bill McMillon and Associates, LC**                                    Inv. # 2003001266
**204 W. Ferguson**                                                      08-06-2003
**Suite 108**
**Pharr, TX  78577**
**Phone: (956) 783-1132**
**Fax: (956) 783-1143**
**74-2732133**

Elizabeth Neally
Roerig, Oliveira & Fisher, L.L.P.
855 W. Price Road
Suite 9
Brownsville TX 78520

Reference Number: 21.948

**Case Number:  B-02-143**

PLAINTIFF:
**STEPHEN M. ANDRUS, ET AL.**

DEFENDANT:
**BROWNSVILLE I.S.D., ET AL.**

Completed: 8/5/2003
To be served on: PETRACA, SYLVIA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF COUNTY SERVICE | 1.00 | 60.00 | 60.00 |
| Federal Witness Fee ( Inc. $5.00 gas ) | 1.00 | 45.00 | 45.00 |
| D&P Subpoena | 1.00 | 10.00 | 10.00 |
| TOTAL CHARGED: | | | $115.00 |
| **BALANCE DUE:** | | | **$115.00** |

ALL INVOICES ARE DUE AND PAYABLE UPON RECEIPT
Please reference our Invoice Number on your check

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3w

AUG 1 2 2003

# INVOICE

**Bill McMillon and Associates, LC**                                    Inv. # 2003001267
**204 W. Ferguson**                                                     08-06-2003
**Suite 108**
**Pharr, TX  78577**
**Phone: (956) 783-1132**
**Fax: (956) 783-1143**
**74-2732133**

Elizabeth Neally
Roerig, Oliveira & Fisher, L.L.P.
855 W. Price Road
Suite 9
Brownsville TX 78520

Reference Number: 21.948

**Case Number:  B-02-143**

PLAINTIFF:
**STEPHEN M. ANDRUS, ET AL.**

DEFENDANT:
**BROWNSVILLE I.S.D., ET AL.**

Completed: 8/5/2003
To be served on: SAUCEDA, SAMUEL

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF COUNTY SERVICE | 1.00 | 60.00 | 60.00 |
| Federal Witness Fee ( Inc. $5.00 gas ) | 1.00 | 45.00 | 45.00 |
| D&P Subpoena | 1.00 | 10.00 | 10.00 |
| TOTAL CHARGED: | | | $115.00 |

**BALANCE DUE:**                                                                       **$115.00**

ALL INVOICES ARE DUE AND PAYABLE UPON RECEIPT
Please reference our Invoice Number on your check

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3w

AUG 1 2 2003

| Date | Deposition Transcripts | Amount | Company |
|---|---|---|---|
| 03/10/03 | Fernando de Pena | $571.00 | Hill & Romero |
| 03/12/03 | Stephen M. Andrus | $639.50 | Hill & Romero |
| 03/26/03 | Dr. Leonel Lopez | $216.50 | Hill & Romero |
| 03/26/03 | Rachel Ayala | 128.75 | Hill & Romero |
| 03/26/03 | German Castillo | $100.25 | Hill & Romero |
| 03/27/03 | Johnny Pineda | $125.25 | Hill & Romero |
| 03/27/03 | Berta A. Pena | $125.25 | Hill & Romero |
| 04/07/03 | Eduardo Errisuriz, Jr. | $405.25 | Hill & Romero |
| 04/09/03 | Noe Sauceda | $339.25 | Hill & Romero |
| 05/15/03 | Evidence Production: Public Audience Excerpts for 11/13/01 and 11/20/01 | $256.00 | Judith G. Hennigh, C.S.R. |
| 07/02/03 | David Soliz | $438.83 | Esquire Deposition Services, LLC |
| 08/15/03 | Tom Miller | $205.45 | |
| 08/19/03 | Eusebio Samuel Sauceda | $354.00 | Hill & Romero |
| 08/19/03 | Sylvia D. Petraca | $259.50 | Hill & Romero |
| 08/19/03 | Videotaped Depositions of Eusebio Samuel Sauceda and Sylvia Petraca | $383.00 | Tele Video and Audio Productions |
| 09/18/03 | Stephen M. Horner | $1,072.25 | Hill & Romero |
| 09/19/03 | Kenneth J. Lieck | $545.50 | Hill & Romero |
| 09/19/03 | Hector Gonzalez | $157.50 | Hill & Romero |
| 10/03/03 | Donald R. House, M.D. | $340.00 | Hill & Romero |
| 02/19/04 | Evidence Production: Two copies of CD's of Public Audience of 11/23/01 | $30.00 | Roerig, Oliveira & Fisher, LLP |
| | **TOTAL:** | **$6,693.03** | |

# H&R Hill & Romeo
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone:  (956) 994-8898          Toll Free: (800) 218-6286
Fax:  (956) 994-9992          E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

| | |
|---|---|
| **INVOICE NO. :** | 608 |
| **INVOICE DATE:** | 3/26/2003 |
| **REPORTER:** | Lou Zuniga |

B-02-143

**ID#**  74-2935776

DEPO OF:FERNANDO DE PENA:03/10/03
Stephen M. Andrus vs. Brownsville I.S.D.

| Date | Description |
|---|---|
| 3/26/2003 | Original & Copy of Deposition |
| 3/26/2003 | Administrative |
| 3/26/2003 | Exhibits (black & white) |
| 3/26/2003 | Condensed Transcript |
| 3/26/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 571.00 |
| **Paid** | 0.00 |
| **Balance Due** | 571.00 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# H&R  Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone:  (956) 994-8898              Toll Free: (800) 218-6286
Fax:  (956) 994-9992              E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

B-02-143

DEPO OF:STEPHEN M. ANDRUS:03/12/03
Stephen M. Andrus vs. Brownsville Indepe

**INVOICE NO. :**          660
**INVOICE DATE:**     3/31/2003
**REPORTER:**
Lou Zuniga

**ID#**  74-2935776

| Date | Description |
|------|-------------|
| 3/31/2003 | Original & Copy of Deposition |
| 3/31/2003 | Administrative |
| 3/31/2003 | Exhibits (black & white) |
| 3/31/2003 | Condensed Transcript |
| 3/31/2003 | E-Transcript Diskette |

|  |  |
|--|--|
| **Sub Total** | 639.50 |
| **Paid** | .0.00 |
| **Balance Due** | 639.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# H&R  Hill & Romero
### Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898          Toll Free: (800) 218-6286
Fax:   (956) 994-9992          E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

B-02-143

DEPO OF:DR. LEONEL LOPEZ:03/26/03
Stephen M. Andrus vs. Brownsville I.S.D.

**INVOICE NO. :**        812
**INVOICE DATE:**    4/18/2003
**REPORTER:**
Lou Zuniga

**ID#**  74-2935776

| Date | Description |
|------|-------------|
| 4/18/2003 | Copy of Deposition |
| 4/18/2003 | Processing |
| 4/18/2003 | Exhibits (black & white) |
| 4/18/2003 | E-Transcript Diskette |
| 4/18/2003 | Condensed Transcript |

| | |
|---|---|
| Sub Total | 216.50 |
| Paid | 0.00 |
| Balance Due | 216.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

B-02-143

DEPO OF:RACHEL AYALA:03/26/03
Stephen M Andrus vs. Brownsville I. S. D

**INVOICE NO. :**        761
**INVOICE DATE:**    4/10/2003
**REPORTER:**
Lou Zuniga

**ID#**  74-2935776

| Date | Description |
|------|-------------|
| 4/10/2003 | Copy of Deposition |
| 4/10/2003 | Exhibits (black & white) |
| 4/10/2003 | Condensed Transcript |
| 4/10/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 128.75 |
| **Paid** | 0.00 |
| **Balance Due** | 128.75 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# H&R HILL & ROMERO
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone:  (956) 994-8898          Toll Free: (800) 218-6286
Fax:  (956) 994-9992          E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

| | |
|---|---|
| INVOICE NO. : | 752 |
| INVOICE DATE: | 4/10/2003 |
| REPORTER: | |
| Lou Zuniga | |
| ID#  74-2935776 | |

B-02-143

DEPO OF:GERMAN CASTILLO:03/26/03
Stephen M Andrus vs. Brownsville I. S. D

| Date | Description |
|---|---|
| 4/10/2003 | Copy of Deposition |
| 4/10/2003 | Processing |
| 4/10/2003 | Exhibits (black & white) |
| 4/10/2003 | Condensed Transcript |
| 4/10/2003 | E-Transcript Diskette |

| | |
|---|---|
| Sub Total | 100.25 |
| Paid | 0.00 |
| Balance Due | 100.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



# Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone:  (956) 994-8898          Toll Free: (800) 218-6286
Fax:   (956) 994-9992          E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

B-02-143

DEPO OF:JOHNNY PINEDA:03/27/03
Stephen M Andrus vs. Brownsville I. S. D

| | |
|---|---|
| INVOICE NO. : | 755 |
| INVOICE DATE: | 4/10/2003 |
| REPORTER: | |
| Lou Zuniga | |

ID# 74-2935776

| Date | Description |
|---|---|
| 4/10/2003 | Copy of Deposition |
| 4/10/2003 | Exhibits (black & white) |
| 4/10/2003 | Condensed Transcript |
| 4/10/2003 | E-Transcript Diskette |

| | |
|---|---|
| Sub Total | 125.25 |
| Paid | 0.00 |
| Balance Due | 125.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



# Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone:  (956) 994-8898      Toll Free: (800) 218-6286
Fax:  (956) 994-9992      E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

| | |
|---|---|
| INVOICE NO. : | 758 |
| INVOICE DATE: | 4/10/2003 |
| REPORTER: | |
| Lou Zuniga | |

B-02-143

DEPO OF:BERTA A. PENA:03/27/03
Stephen M Andrus vs. Brownsville I. S. D

ID#  74-2935776

| Date | Description |
|---|---|
| 4/10/2003 | Copy of Deposition |
| 4/10/2003 | Exhibits (black & white) |
| 4/10/2003 | Condensed Transcript |
| 4/10/2003 | E-Transcript Diskette |

| | |
|---|---|
| Sub Total | 125.25 |
| Paid | 0.00 |
| Balance Due | 125.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# H&R   Hill & Romero
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone:  (956) 994-8898          Toll Free: (800) 218-6286
Fax:  (956) 994-9992          E-mail: hillandromero@aol.com

| | |
|---|---|
| Elizabeth G. Neally | **INVOICE NO. :**  893 |
| Roerig, Oliveira & Fisher, L.L.P. | **INVOICE DATE:**  5/05/2003 |
| 855 West Price Road, Ste. 9 | **REPORTER:** |
| Brownsville, TX 78520 | Lou Zuniga |

B-02-143

DEPO OF:EDURADO ERRISURIZ, JR.,:04/07/03          **ID#** 74-2935776
Stephen M. Andrus vs. Brownsville ISD

| Date | Description | |
|---|---|---|
| 5/05/2003 | Copy of Deposition | |
| 5/05/2003 | Processing | |
| 5/05/2003 | Exhibits (black & white) | |
| 5/05/2003 | Condensed Transcript | |
| 5/05/2003 | E-Transcript Diskette | |

| | |
|---|---|
| **Sub Total** | 405.25 |
| **Paid** | 0.00 |
| **Balance Due** | 405.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



# HILL & ROMERO
## Certified Court Reporters

5415 North McColl, Suite 107, McAllen, Texas 78504
Phone: (956) 994-8898        Toll Free: (800) 218-6286
Fax: (956) 994-9992        E-mail: hillandromero@aol.com

| | |
|---|---|
| Elizabeth G. Neally | **INVOICE NO. :** 914 |
| Roerig, Oliveira & Fisher, L.L.P. | **INVOICE DATE:** 5/06/2003 |
| 855 West Price Road, Ste. 9 | **REPORTER:** |
| Brownsville, TX 78520 | Lou Zuniga |

B-02-143

DEPO OF:NOE SAUCEDA:04/09/03        **ID#** 74-2935776
Stephen M. Andrus vs. Brownsville ISD

| Date | Description |
|---|---|
| 5/06/2003 | Copy of Deposition |
| 5/06/2003 | Processing |
| 5/06/2003 | Exhibits (black & white) |
| 5/06/2003 | Condensed Transcript |
| 5/06/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 339.25 |
| **Paid** | 0.00 |
| **Balance Due** | 339.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

# ESQUIRE™
## DEPOSITION SERVICES
### A HOBART WEST COMPANY

ESQUIRE DEPOSITION SERVICES, LLC
**A Hobart West Company**
Tax ID # 22-3779684
3101 BEE CAVES ROAD, #220
AUSTIN, TEXAS  78746
(512)328-5557  FAX (512)328-8139

146003    WISES01

To:
Roerig, Oliveira & Fisher
855 W. Price Road, Suite #9
Brownsville, TX 78520

| INVOICE NUMBER | DATE |
|---|---|
| 155994EAN | 08/11/03 |

ATTN : Elizabeth Neally          Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**

ANDRUS, S. VS. BROWNSVILLE I.S.D.

SERVICES PROVIDED ON 07/02/03:
David Soliz                    1- 199   199 PGS          1CC

Copy of Deposition
Complimentary condensed copy

Thank You!

BALANCE DUE                              **TOTAL** | 438.83 | Thank You!
(We accept VISA, MasterCard & American Express cards)
For Invoice Questions,
(210)377-3027
**CALL OUR OFFICE TO SCHEDULE YOUR OUT-OF-TOWN DEPOS**    Fax (210)344-6016

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services**
P.O. Box 17012
Baltimore,MD 21297-1012
Tax ID # 22-3779684

JOB: 146003  TOT: $438.83
INVOICE #: 155994EAN
DATE: 08/11/03

Roerig, Oliveira & Fisher
Attn: Elizabeth Neally
855 W. Price Road, Suite #9
Brownsville, TX 78520

AUG 1 8 2003

# ESQUIRE™
## DEPOSITION SERVICES
### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

E-23/04

# ESQUIRE™
## DEPOSITION SERVICES
### A HOBART WEST COMPANY

**ESQUIRE DEPOSITION SERVICE**
**A Hobart West Company**
Tax ID # 22-3779684                          148234        HURSS01
7800 IH-10 WEST, SUITE #100
SAN ANTONIO, TEXAS  78230
800.969.3027  210.377.3027 FAX 210.344.6016

To:

Roerig, Oliveira & Fisher
855 W. Price Road, Suite #9
Brownsville, TX 78520

| INVOICE NUMBER | DATE |
|---|---|
| 156696EAN | 08/25/03 |

ATTN : Richardo Morado, Esq.          **Due Upon Receipt**

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

         US District Court

CAPTION:

    ANDRUS, S. VS. BROWNSVILLE I.S.D.

  SERVICES PROVIDED ON 08/15/03:
  Tom Miller                    1- 101   101 PGS                          1CC

  Copy of Deposition
  Complimentary condensed copy
  Copy Per Diem (in quarter hrs)
  Admin/Rule 203
  Transcript/Copy Indexing
  UPS Copy
  Thank You!

|  |  | TOTAL | 205.45 | Thank You! |
|---|---|---|---|---|

BALANCE DUE
(We accept VISA, MasterCard & American Express cards)

For Invoice Questions,
Please Call
(210)377-3027
Fax (210)344-6016

**CALL OUR OFFICE TO SCHEDULE YOUR OUT-OF-TOWN DEPOS**

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services**          JOB: 148234  TOT: $205.45
P.O. Box 17012                           INVOICE #: 156696EAN
Baltimore,MD 21297-1012                  DATE: 08/25/03
Tax ID # 22-3779684

Roerig, Oliveira & Fisher
Attn: Richardo Morado, Esq.
855 W. Price Road, Suite #9
Brownsville, TX 78520

*F23,164*

SEP 0 2 2003



# ESQUIRE™
## DEPOSITION SERVICES
### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# H&R  Hill & Romero
### *Certified Court Reporters*
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

**INVOICE NO. :**      1972
**INVOICE DATE:**    9/08/2003
**REPORTER:**
Lou Zuniga

B-02-143

**ID#** 74-2935776

DEPO OF:EUSEBIO SAMUEL SAUCEDA:08/19/0
Stephen M. Andrus vs. Brownsville I.S.D.

| Date | Description |
|------|-------------|
| 9/08/2003 | Original & Copy of Deposition |
| 9/08/2003 | Administrative |
| 9/08/2003 | Condensed Transcript |
| 9/08/2003 | E-Transcript Diskette |

|  |  |
|--|--|
| **Sub Total** | 354.00 |
| **Paid** | 0.00 |
| **Balance Due** | 354.00 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

SEP 0 9 2003

# H&R   Hill & Romero
## Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

|  |  |
|---|---|
| | **INVOICE NO. :**    1969 |
| Elizabeth G. Neally | **INVOICE DATE:**   9/08/2003 |
| Roerig, Oliveira & Fisher, L.L.P. | **REPORTER:** |
| 855 West Price Road, Ste. 9 | Lou Zuniga |
| Brownsville, TX 78520 | |

B-02-143

**ID#  74-2935776**

DEPO OF:SYLVIA D. PETRARCA:08/19/03
Stephen M. Andrus vs. Brownsville I.S.D.

| Date | Description |
|---|---|
| 9/08/2003 | Original & Copy of Deposition |
| 9/08/2003 | Administrative |
| 9/08/2003 | Condensed Transcript |
| 9/08/2003 | E-Transcript Diskette |

|  |  |
|---|---|
| **Sub Total** | 259.50 |
| **Paid** | 0.00 |
| **Balance Due** | 259.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

SEP 0 9 2003

23/164



# Tele Video and Audio Productions

**Armando & Marilu C. Gomez**

No. 23060

PMB-909 – 2112 W. University Dr. – Edinburg, Texas 78539-2862
Area Code: (956) 381-9590 – Beeper: 380-4809 – Fax: 381-5528

*SPECIALIZING IN:*
EDITING◆AUDIO DUB◆SVHS◆VHS◆8MM◆HI-8◆DIGITAL◆DUPLICATES◆DEPOSITIONS◆STILL PHOTOGRAPHY
INSPECTIONS◆COURTROOM PLAYBACK◆WILL◆DOCUMENTS◆A DAY IN A LIFE◆SECURITY TAPES◆BUSINESS◆HOME
*SECURITY AND CONFIDENTIALITY GUARANTEED◆AVAILABLE 24-HRS, 7DAYS A WEEK,
AT NO EXTRA COST*

Attorney's Name    **Elizabeth Neally**

Firm:    **Roerig, Oliveira, Fisher**

Address:    **855 W. Price Rd. # 9**

City:    **Brownsville,**    State:    **TX**    Zip Code:    **78520**

Cause #:    **B-02-143**

Style:    **Stephen M. Andrus**

VS.    **City of Brownsville**

Depo Of:    **Eusebio Samuel Sauceda-1 / Sylvia Pretaca-1**

**A Subtotal Balance of**    **$ 355.00**    is due for a Video Deposition taped on

   **8/19/03**    for   **5**   hours of Video Taping.

Tapes Used    **2**    @    **$ 8.00**

Number of Copies ordered:    **0**    @    **$ 0.00**

+    **$ 12.00**    shipping & handling.

**Total Balance Due:**    **$ 383.00**

If you should have any questions on this statement, or if you should ever need our assistance
again; please do not hesitate to call at 381-9590 or **Beeper # 380-4809 Digital.**
Tax Payer I.D. #
74-2681896
Armando S.S. #
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

Thank You
**Tele Video and Audio Productions**

**Armando Gomez, Jr.**

AUG 2 8 2003

23.164

# H&R

# Hill & Romero
## Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com


DEC 19 2003

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

| INVOICE NO. : | 2215 |
|---|---|
| INVOICE DATE: | 10/07/2003 |
| REPORTER: | |
| Lou Zuniga | |

B-02-143

ID# 74-2935776

DEPO OF:STEPHEN M. HORNER:09/18/03
Stephen M. Andrus vs. Brownsville ISD

| Date | Description | |
|---|---|---|
| 10/07/2003 | Original & Copy of Deposition | |
| 10/07/2003 | Administrative | |
| 10/07/2003 | Exhibits (black & white) | |
| 10/07/2003 | Condensed Transcript | |
| 10/07/2003 | E-Transcript Diskette | |
| | Sub Total | 1,072.25 |
| | Paid | 0.00 |
| | Balance Due | 1,072.25 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



# Hill & Romero
## Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com



DEC 1 9 2003

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

B-02-143

DEPO OF:KENNETH J. LIECK:09/19/03
Stephen M. Andrus vs. Brownsville ISD

| INVOICE NO. : | 2209 |
| INVOICE DATE: | 10/06/2003 |
| REPORTER: | |
| Lou Zuniga | |

ID# 74-2935776

| Date | Description |
|------|-------------|
| 10/06/2003 | Original & Copy of Deposition |
| 10/06/2003 | Administrative |
| 10/06/2003 | Exhibits (black & white) |
| 10/06/2003 | Condensed Transcript |
| 10/06/2003 | E-Transcript Diskette |

| | |
|---|---|
| Sub Total | 545.50 |
| Paid | 0.00 |
| Balance Due | 545.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**



# Hill & Romero
## Certified Court Reporters
10125 N. 10th, Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

B-02-143

DEPO OF:HECTOR GONZALEZ:09/19/03
Stephen M. Andrus vs. Brownsville ISD

| INVOICE NO. : | 2249 |
|---|---|
| INVOICE DATE: | 10/13/2003 |
| REPORTER: | |
| Lou Zuniga | |

ID#  74-2935776

| Date | Description |
|---|---|
| 10/13/2003 | Copy of Deposition |
| 10/13/2003 | Processing |
| 10/13/2003 | Condensed Transcript |
| 10/13/2003 | E-Transcript Diskette |

| | |
|---|---|
| Sub Total | 157.50 |
| Paid | 0.00 |
| Balance Due | 157.50 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

OCT 1 5 2003
#23/69



# Hill & Romero
## Certified Court Reporters
10125 N. 10ᵗʰ , Suite B, McAllen, Texas 78504
Phone: (956) 287-8898  Toll Free: (800) 218-6286
Fax: (956) 287-2279  E-mail: hillandromero@aol.com

DEC 19 2003

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Ste. 9
Brownsville, TX 78520

**INVOICE NO. :**    2227
**INVOICE DATE:**    10/08/2003

**REPORTER:**
Lou Zuniga

B-02-143

**ID#** 74-2935776

DEPO OF:DONALD R. HOUSE, M.D.,:10/03/03
Stephen M. Andrus vs. Brownsville I.S.D.

| Date | Description |
|------|-------------|
| 10/08/2003 | Copy of Deposition |
| 10/08/2003 | Processing |
| 10/08/2003 | Exhibits (black & white) |
| 10/08/2003 | Condensed Transcript |
| 10/08/2003 | E-Transcript Diskette |

| | |
|---|---|
| **Sub Total** | 340.00 |
| **Paid** | 0.00 |
| **Balance Due** | 340.00 |

**Condensed Transcript and E-Transcript Provided to Client at no Charge**

**Due Upon Receipt**

| Date | Copies | Amount | Company |
|------|--------|--------|---------|
| 01/02 | Copies of IRS records pertaining to the Plaintiffs Stephen Andrus, Fernando de Pena and Valentin Paz | $276.00 | Internal Revenue Service |
| 01/03 | Copies of documents to be used in Andus matter | $33.50 | Roerig, Oliveira & Fisher |
| 02/03 | Copies of documents to be used in Andrus matter | $14.70 | Roerig, Oliveira & Fisher |
| 03/03 | Copies of documents to be used in Andrus matter | $65.52 | Roerig, Oliveira & Fisher |
| 04/03 | Copies of documents to be used in Andrus matter | $4.65 | Roerig, Oliveira & Fisher |
| 05/03 | Copies of documents to be used in Andrus matter | $300.63 | Roerig, Oliveira & Fisher |
| 05/03 | Research copies to be used in Andrus matter | $725.00 | Roerig, Oliveira & Fisher |
| 05/28/03 | Copies of documents to be used in Andrus matter | $521.87 | Kinko's |
| 07/03 | Copies of documents to be used in Andrus matter | $74.10 | Roerig, Oliveira & Fisher |
| 08/03 | Copies of documents to be used in Andrus matter | $236.30 | Roerig, Oliveira & Fisher |
| 08/27.03 | Copies of IRS records pertaining to Valentin Paz | $23.00 | Internal Revenue Service |
| 09/03 | Copies of documents to be used in Andrus matter | $69.50 | Roerig, Oliveira & Fisher |
| 09/18/03 | Copies of documents to be used in Andrus matter | $140.26 | Allegra Print & Imaging |
| 10/03 | Copies of documents to be used in Andrus matter | $82.80 | Roerig, Oliveira & Fisher |
| 12/03 | Copies of documents to be used in Andrus matter | $14.70 | Roerig, Oliveira & Fisher |
| 01/04 | Copies of documents to be used in Andrus matter | $16.60 | Roerig, Oliveira & Fisher |

| 02/04 | Copies of documents to be used in Andrus matter | $591.30 | Roerig, Oliveira & Fisher |
|-------|--------------------------------------------------|---------|---------------------------|
| 03/04 | Copies of documents to be used in Andrus matter | $117.70 | Roerig, Oliveira & Fisher |
|       | **TOTAL**                                        | **$3,308.13** |                       |

Texas Association of School Boards

Page: 2
12/05/2002
MATTER NO:   23164-000

Re:Stephen Andrus, etal vs. BISD/EGN
EN

## EXPENSES

| | | |
|---|---|---|
| 1/07/02 | Certified Mail Charge | 4.65 |
| 1/07/02 | Certified Mail Charge | 4.65 |
| 1/19/02 | Internal Revenue Service — four years of tax returns on three plaintiffs · EGN | |
| | Ck # 15242 | 276.00 |
| | **TOTAL EXPENSES** | 285.30 |



Texas Association of School Boards

Page 2
02/11/2003
MATTER NO:   23164-000

Re:Stephen Andrus, etal vs. BISD/CCN
EN

## EXPENSES

| | | |
|---|---|---|
| ./03/03 | Certified Mail Charge | 4.65 |
| ./03/03 | Certified Mail Charge | 4.65 |
| ./03/03 | Certified Mail Charge | 8.00 |
| ./03/03 | Certified Mail Charge | 8.00 |
| ./31/03 | Copy Charges | |
| | 335 x .10 | 33.50 |
| | TOTAL EXPENSES | 58.80 |

Texas Association of School Boards

Page: 6
03/10/2003
MATTER NO: 23164-000

Re:Stephen Andrus, etal vs. BISD/EGN
EN

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 02/04/03 | Telecopier Charges 5041408 – EGN 2 x .15 | 0.30 |
| 02/04/03 | Telecopier Charges 5411893 – EGN 2 x .15 | 0.30 |
| 02/28/03 | Copy Charges 141 x .10 | 14.10 |
| | TOTAL EXPENSES | 14.70 |

Texas Association of School Boards

Page: 3
04/08/2003
MATTER NO:  23164-000

Re:Stephen Andrus, etal vs. BISD/EGN
EN

### EXPENSES

| | | |
|---|---|---:|
| 03/03/03 | Telecopier Charges 5411893 — EGN | |
| | 4 x .15 | 0.60 |
| 03/03/03 | Telecopier Charges 5041408 — EGN | |
| | 4 x .15 | 0.60 |
| 03/05/03 | Certified Mail Charge | 4.65 |
| 03/05/03 | Telecopier Charges 9949992 — EGN | |
| | 4 x .15 | 0.60 |
| 03/05/03 | Telecopier Charges 5041408 — EGN | |
| | 4 x .15 | 0.60 |
| 03/05/03 | Telecopier Charges 5411893 — EGN | |
| | 4 x .15 | 0.60 |
| 03/05/03 | Telecopier Charges 9949992 — EGN | |
| | 4 x .15 | 0.60 |
| 03/11/03 | Certified Mail Charge | 5.34 |
| 03/11/03 | Certified Mail Charge | 5.34 |
| 03/11/03 | Certified Mail Charge | 5.34 |
| 03/11/03 | Certified Mail Charge | 5.34 |
| 03/11/03 | Certified Mail Charge | 5.34 |
| 03/11/03 | Certified Mail Charge | 5.34 |
| 03/11/03 | Certified Mail Charge | 5.34 |
| 03/11/03 | Certified Mail Charge | 5.34 |
| 03/19/03 | Certified Mail Charge | 4.65 |
| 03/31/03 | Copy Charges | |
| | 99 x .10 | 9.90 |
| | **TOTAL EXPENSES** | **65.52** |

Texas Association of School Boards

MATTER NO:   23164-000

Re:Stephen Andrus, et.al vs. BCSD/EGN
EN


## EXPENSES

| | | |
|---|---|---:|
| 04/16/03 | Telecopier Charges 9949992 - EGN | |
| | 3 x .15 | 0.45 |
| 04/23/03 | Telecopier Charges (512) 4676927 - EGN | |
| | 6 x .15 | 0.90 |
| 04/30/03 | Copy Charges | |
| | 33 x .10 | 3.30 |
| | | ——— |
| | TOTAL EXPENSES | 4.65 |

Texas Association of School Boards

Page: 4
07/10/2003
MATTER NO:   23164-000

Re:Stephen Andrus, etal vs. BCSD/EGN
EN

EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 05/09/03 | Telecopier Charges 9949992 - EGN<br>4 x .15 | 0.60 |
| 05/13/03 | Telecopier Charges 5411893 - EGN<br>1 x .15 | 0.15 |
| 05/16/03 | Telecopier Charges 5487978 - EGN<br>6 x .15 | 0.90 |
| 05/16/03 | Telecopier Charges 5423651 - EGN<br>17 x .15 | 2.55 |
| 05/22/03 | Lexis-Nexis - research - EGN<br>Ck # 9525 | 725.00 |
| 05/27/03 | Certified Mail Charge | 4.65 |
| 05/27/03 | Certified Mail Charge | 4.65 |
| 05/31/03 | Copy Charges<br>255 x .10 | 25.50 |
| 06/11/03 | Kinko's - Inv. # 440400017009<br>Ck # 9579 | 260.93 |
| 06/30/03 | Elizabeth G. Neally - taxis and meals - EGN<br>Ck # 16637 | 27.19 |
| 06/30/03 | Copy Charges<br>100 x .10 | 10.00 |
| | TOTAL EXPENSES | 1,062.12 |

# kinko's

*For the appropriate*
**Payment Processing Center,**
*please refer to map on reverse.*

*Questions? Please call:*
**1-800-488-3705**
24 hours/7 days a week

**440400017009**

**INVOICE**
Official Bill of Sale
Terms Net 30 Days
Please Reference Invoice #

| Job ordered by: |
| --- |

| Phone Number/Ext. |
| ( ) |

Receipt #:    724015 Res: 2    Page: 1
Account #: 0000030293 0010
Customer : ROERIG OLIVEIRA & FISHER LLP
Auth. User: COMPANY CARD
Reference :
  23164 - ANDRUS/CHAVEZ
  23028
Date: 05/26/03 12:05 PM
Qty/List    Disc.    Price    Amount

4321   FS ADDL SRV LITIGATION COPY A GRA
  0.10    0.00    0.10    482.10 T



### For Delivery Orders Only
Deliver to:

Delivery Address:

City:                State/Zip:

Delivered By:

### Person Accepting Delivery
Name:

Position/Dept.:

I am an authorized agent of the company and my
signature authorizes the company to pay for all items
reflected on this invoice. I will provide all necessary
documentation to my company for them to process
payment. I acknowledge that the company has
received all items on this invoice.
**Authorized Signature**

*Freddy Garcia*
**Print Name**

( )
**Phone Number/Ext.**

**Visit the Kinko's Website at**
**www.kinkos.com**

**CUSTOMER COPY**

|  |  |
| --- | --- |
| SUBTOTAL | 482.10 |
| TAX | 39.77 |
| TOTAL | 521.87 |

Thank you for choosing Kinko's

Kinko's            (956) 504-6092
1100 W. EXPRESSWAY
BROWNSVILLE,  TX  78521

Texas Association of School Boards

MATTER NO:  23164-000

Re:Stephen Andrus, et al vs. B(SD)/EGN
EN

## EXPENSES

| | | |
|---|---|---:|
| 07/07/03 | Copy Charges | |
| | 98 x .10 | 9.80 |
| 07/08/03 | Certified Mail Charge | 4.42 |
| 07/08/03 | Certified Mail Charge | 4.42 |
| 07/08/03 | Copy Charges | |
| | 102 x .10 | 10.20 |
| 07/16/03 | 131 Copy Charges | 13.10 |
| 07/17/03 | Amex – S W Airlines – attend depositions – EGN | |
| | Ck # 16767 | 110.00 |
| 07/17/03 | Amex – air flight and insurance – EGN | |
| | Ck # 16767 | 114.00 |
| 07/17/03 | Amex – air flight insurance – EGN | |
| | Ck # 16767 | 4.00 |
| 07/18/03 | Certified Mail Charge | 4.65 |
| 07/18/03 | Certified Mail Charge | 4.65 |
| 07/24/03 | Telecopier Charges (956) 2872279 – EGN | |
| | 4 x .15 | 0.60 |
| 07/31/03 | Copy Charges | |
| | 404 x .10 | 40.40 |
| | **TOTAL EXPENSES** | 320.24 |

Texas Association of School Boards

MATTER NO:   23164-000

Re:Stephen Andrus, etal vs. BISD/EGN
EN

## EXPENSES

| | | |
|---|---|---|
| 08/01/03 | Certified Mail Charge | 6.03 |
| 08/08/03 | Fedex — Inv # 841411282050 (Dr Donald R House) — EGN | |
| | Ck # 9773 | 11.20 |
| 08/15/03 | 10 Copy Charges | 1.00 |
| 08/20/03 | Long Distance Charge | |
| | 19798464713 | 0.40 |
| 08/25/03 | Amex — Bergstrom Intl — food/beverage in Austin — EGN | |
| | Ck # 17028 | 7.19 |
| 08/25/03 | Amex — Republic Parking — parking — EGN | |
| | Ck # 17028 | 5.75 |
| 08/25/03 | Amex — flight insurance — EGN | |
| | Ck # 17028 | 4.00 |
| 08/27/03 | Internal Revenue Service — tax records — 2002 for Stephen Andrus, plaintiff - EGN | |
| | Ck # 17045 | 23.00 |
| 08/27/03 | Internal Revenue Service — income tax — 2001 and 2002 for Fernando de Pena, plaintiff - EGN | |
| | Ck # 17046 | 46.00 |
| 08/31/03 | Copy Charges | |
| | 2353 x .10 | 235.30 |
| | | ——————— |
| | TOTAL EXPENSES | 339.87 |





Texas Association of School Boards

Page: 4
10/07/2003
MATTER NO:   23164-000

Re:Stephen Andrus, etal vs. BCSD/EGN
EN

## EXPENSES

| | | |
|---|---|---|
| 09/01/03 | Copy Charges (8/27/03) | |
| | 15 x .10 | 1.50 |
| 09/08/03 | Certified Mail Charge | 4.65 |
| 09/29/03 | Fedex – Inv # 841411282094 (Dr Donald R House) – EGN | |
| | Ck # 9928 | 20.18 |
| 09/30/03 | Copy Charges | |
| | 680 x .10 | 68.00 |
| 09/30/03 | Long Distance Charge | |
| | 19798464713 | 0.50 |
| | | ———— |
| | TOTAL EXPENSES | 94.83 |

Allegra Print & Imaging
1273 E. Alton Gloor, Suite A
Brownsville, TX 78526
(956) 548-1301
Fax: (956) 548-0225
E-Mail: allegrabrn@prodigy.net



Full Color Business Cards ♦ Business Stationery
Engineering Copies ♦ Rubber Stamps & Labels
Carbonless Forms ♦ Newsletters & Brochures
Graphic Design ♦ Print Consulting

| Invoice | |
|---|---|
| No: 20940 | Date: 09/18/03 |

Ship To:

< Same as Bill To >

**Freddy**
**Roerig, Oliveira & Fisher**
**855 W. Price Rd.**
**Brownsville TX 78520**

| Acct.No | Ordered By | Phone | P.O. No | Prepared By | Sales Rep | Ship Via |
|---|---|---|---|---|---|---|
| 531 | Freddy | 542-5666 | | Oscar | | Pickup |

| Quantity | Description | Price |
|---|---|---|
| 1 | Forms (1851 clicks/set)<br>Paper    20# White  8.5 x 11 (1851 Origs 1 --> 1) | 129.57 |
| | Thank you for the order. | |

| | |
|---|---|
| Subtotal | 129.57 |
| Shipping | 0.00 |
| Postage | 0.00 |
| Tax | 10.69 |
| TOTAL | 140.26 |
| Paid | 0.00 |
| **BALANCE** | **140.26** |
| Terms | 10th of Month |

Received by: _____  Date: _9/21/03_

**Please pay from this invoice**

23/64

Texas Association of School Boards

Page: 4
11/06/2003
MATTER NO:   23164-000

Re:Stephen Andrus, etal vs. BISD/EGN
EN

## EXPENSES

| | | |
|---|---|---:|
| 10/06/03 | Certified Mail Charge | 6.25 |
| 10/06/03 | Certified Mail Charge | 6.25 |
| 10/24/03 | Fedex - Inv # 841411282131 (Dr Don House) - EGN | |
| | Ck # 10023 | 31.96 |
| 10/29/03 | Certified Mail Charge | 4.65 |
| 10/29/03 | Certified Mail Charge | 4.65 |
| 10/30/03 | Certified Mail Charge | 11.20 |
| 10/30/03 | Certified Mail Charge | 11.20 |
| 10/31/03 | Copy Charges | |
| | 4828 x .10 | 482.80 |
| | **TOTAL EXPENSES** | 558.96 |

ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS AT LAW
855 West Price Road - Suite 9
Brownsville, Texas   78520-8786
Tel:  (956) 542-5666  Fax: (956) 542-0016
74-2245876

Page: 1
01/09/2004
MATTER NO:  23164-000

Texas Association of School Boards
Attn:   Marcie Barker
P. O. Box 400
Austin TX  78767-0400

Re:Stephen Andrus, etal vs. BISD/EGN
EN

* * * DRAFT * * *

## EXPENSES

| | | |
|---|---|---|
| 12/01/03 | Certified Mail Charge | 4.88 |
| 12/01/03 | Certified Mail Charge | 4.88 |
| 12/31/03 | Copy Charges | |
| | 147 x .10 | 14.70 |
| | **TOTAL EXPENSES** | 24.46 |

                                                          Page: 3
       Texas Association of School Boards                02/08/2004
                                              MATTER NO:  23164-000

       Re:Stephen Andrus, etal vs. BISD/EGN
       EN

                              EXPENSES

01/31/04 Copy Charges
         166 x .10                                           16.60
                                                          ─────────

         TOTAL EXPENSES                                      16.60

Texas Association of School Boards

Page: 6
03/06/2004
MATTER NO:   23164-000

Re:Stephen Andrus, etal vs. BISD/EGN
EN

## EXPENSES

| | | |
|---|---|---|
| 02/19/04 | Abdiel Garcia - two copies of CD's (audio - edited) of BISD Board meeting of 11/13/01 - EGN Ck # 18332 | 30.00 |
| 02/29/04 | Copy Charges 5913 x .10 | 591.30 |
| | TOTAL EXPENSES | 621.30 |

```
                                                         Page: 5
Texas Association of School Boards                   04/07/2004
                                        MATTER NO:   23164-000


Re:Stephen Andrus, etal vs. BISD/EGN
EN
```

### EXPENSES

```
03/03/04 Certified Mail Charge                            4.65
03/31/04 Copy Charges
         1177 x .10                                     117.70
                                                        ———————
         TOTAL EXPENSES                                 122.35
```

Texas Association of School Boards

Page: 6
03/06/2004
MATTER NO:  23164-000

Re:Stephen Andrus, etal vs. BISD/EGN
EN

EXPENSES

| | | |
|---|---|---|
| 02/19/04 | Abdiel Garcia - two copies of CD's (audio - edited) of BISD Board meeting of 11/13/01 - EGN Ck # 18332 | 30.00 |
| 02/29/04 | Copy Charges 5913 x .10 | 591.30 |
| | TOTAL EXPENSES | 621.30 |

23028

**JUDITH G. HENNIGH, C.S.R.**
**1505 DEBBY LANE**
**MISSION, TEXAS 78572**

*IRS # 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*                                    *FAX 956/580-3575*

## *I N V O I C E*

*INV. # 1021*
*DATE 5/15/03*

TO:  ELIZABETH G. NEALLY
     ROERIG, OLIVEIRA & FISHER
     855 WEST PRICE ROAD
     BROWNSVILLE, TEXAS 78520

RE:  BROWNSVILLE ISD MEETING
     PUBLIC AUDIENCE EXCERPTS

==================================================================

  11/13/01   PUBLIC AUDIENCE EXCERPT   35 PGS @ 5.00        $ 175.00

  11/20/01   PUBLIC AUDIENCE EXCERPT   14 PGS @ 5.00          70.00

 DELIVERY FEE                                                 11.00


                                          TOTAL      $   256.00


                        THANKS ! ! !

| Date | EXPERTS | Amount | Company |
|------|---------|--------|---------|
| 07/03 | copies in preparation of expert report on the Andrus matter | $3.88 | RRC, INC. |
| 08/03 | Copies - $3.75<br>Phone - $0.89 | $4.64 | RRC, INC. |
| 09/03 | Copies - $284.75<br>Phone $1.41 | $286.16 | RRC, INC. |
| 10/03 | Postage & Handling - $124.25<br>Travel Fees - $525.70<br>Lodging - $133.28<br>Phone - $0.12<br>Copies - $178.50 | $961.85 | RRC, INC. |
| 11/03 | Postage & Handling - $$0.37<br>Copies - $23.75 | $24.12 | RRC, INC. |
|  |  |  |  |
|  | TOTAL: | $1,280.65 | RRC, INC. |

RRC, Inc.
3833 Texas Avenue, Suite 285
Bryan, Texas 77802-4039

Invoice No. 2
July, 2003

### *Andrus BISD*

| Labor | Hours | Rate | Amount | Total |
|-------|-------|------|--------|-------|
| House | 33.50 | $375.00 | $12,562.50 | |
| Buenger | 14.50 | 175.00 | 2,537.50 | |
| Inderrieden | 1.25 | 90.00 | 112.50 | |
| Franer | 0.50 | 40.00 | 20.00 | |
| Total Labor | | | | $15,232.50 |

**Other Expenses**

| | | | | |
|---|---|---|---|---|
| Copies | | | $3.88 | |
| Total Other | | | | $3.88 |
| | | Total Amount for July | | $15,236.38 |
| | | Total Amount Past Due | | $863.75 |
| | | Total Amount  Due | | $16,100.13 |

Due Date: Upon Receipt

**Note:  For July**

Dr. House reviewed case files and began preparation of his expert report, due
August 1, 2003.  Dr. House discussed the case with legal counsel, and assembled
information in support of his opinions.  Mr. Buenger assisted Dr. House with the
examination of Horner's calculations.

RRC, Inc.
3833 Texas Avenue, Suite 285
Bryan, Texas 77802-4039

Invoice No. 3
August 2003

**Andrus BISD**

| Labor | Hours | Rate | Amount | Total |
|-------|-------|------|--------|-------|
| House | 7.50 | $375.00 | $2,812.50 | |
| Buenger | 6.50 | 175.00 | 1,137.50 | |
| Inderrieden | 2.50 | 90.00 | 225.00 | |
| Franer | 1.00 | 40.00 | 40.00 | |
| Total Labor | | | | **$4,215.00** |

**Other Expenses**
| | | | | |
|---|---|---|---|---|
| Telephone | | | $0.89 | |
| Copies | | | 3.75 | |
| Total Other | | | | **$4.64** |
| Total Amount for August | | | | $4,219.64 |
| Total Amount Past Due | | | | **$16,100.13** |
| Total Amount  Due | | | | $20,319.77 |

**Due Date: Upon Receipt**

**Note:  For August**
See following pages

SEP 2 6 2003

RRC, Inc.
3833 Texas Avenue, Suite 285
Bryan, Texas 77802-4039

Invoice No.4
September 2003

**_Andrus BISD_**

| Labor | Hours | Rate | Amount | Total |
|-------|-------|------|--------|-------|
| House | 6.50 | $375.00 | $2,437.50 | |
| Buenger | 2.75 | 175.00 | 481.25 | |
| Inderrieden | 2.50 | 90.00 | 225.00 | |
| Franer | 4.75 | 40.00 | 190.00 | |
| Cornelius | 1.00 | 35.00 | 35.00 | |
| Total Labor | | | | **$3,368.75** |

**_Other Expenses_**
| | | | | |
|---|---|---|---|---|
| Telephone | | | $1.41 | |
| Copies | | | 284.75 | |
| Total Other | | | | **$286.16** |
| | | **Total Amount for September** | | **$3,654.91** |
| | | **Total Amount Past Due** | | **$3,355.90** |
| | | **Total Amount  Due** | | **$7,010.81** |

**Due Date: Upon Receipt**

**Note:  For September**
See following pages

RRC, Inc.
3833 Texas Avenue, Suite 285
Bryan, Texas 77802-4039
Tax ID No. 74-1907316

Invoice No. 5
October 2003

### *Andrus BISD*

| Labor | Hours | Rate | Amount | Total |
|-------|-------|------|--------|-------|
| House | 27.50 | $375.00 | $10,312.50 | |
| Buenger | 5.25 | 175.00 | 918.75 | |
| Franer | 1.50 | 40.00 | 60.00 | |
| Total Labor | | | | $11,291.25 |

**Other Expenses**

| | | |
|---|---|---|
| Postage & Shipping | $124.25 | |
| Travel (Air) | 484.50 | |
| Lodging | 133.28 | |
| Travel (Automobile) | 41.20 | |
| Telephone | 0.12 | |
| Copies | 178.50 | |
| Total Other | | $961.85 |
| Total Amount Due for October | | $12,253.10 |
| Total Amount Past Due | | $4,900.99 |
| Total Amount  Due | | $17,154.09 |

**Due Date: Upon Receipt**

Note:  For October
See following pages

NOV 1 2 2003

RRC, Inc.
3833 Texas Avenue, Suite 285
Bryan, Texas 77802-4039
Tax ID No. 74-1907316

Invoice No. 6
November 2003

*Andrus BISD*

| Labor | Hours | Rate | Amount | Total |
|-------|-------|------|--------|-------|
| Franer | 0.50 | 40.00 | 20.00 | |
| Total Labor | | | | **$20.00** |

***Other Expenses***

| | | | | |
|---|---|---|---|---|
| Postage & Shipping | | | $0.37 | |
| Copies | | | 23.75 | |
| Total Other | | | | **$24.12** |
| | | Total Amount for November | | **$44.12** |
| | | Total Amount Past Due | | **$16,622.25** |
| | | Total Amount  Due | | **$16,666.37** |

**Due Date: Upon Receipt**

**Note:  For November**
Marilyn Franer reassembled available materials.

DEC 1 5 2003