Case 1:02-cv-00143    Document 82    Filed in TXSD on 06/25/2004    Page 1 of 2

United States District Court
Southern District of Texas
ENTERED

JUN 25 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _Bahumada_

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN M. ANDRUS, <br> FERNANDO DE PENA, <br> VALENTIN PAZ and <br> ANDRUS & PAZ, a Partnership <br><br> vs. <br><br> BROWNSVILLE INDEPENDENT <br> SCHOOL DISTRICT, NOE SAUCEDA, <br> and EDDIE ERRISURIZ, JR. | § § § § § § § § § § § § § | B-02-143 |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day the court considered the Stipulation for Dismissal filed by the parties to the above-styled and numbered action. Since all parties have stipulated that all matters in controversy between the parties have been settled by written agreement, the Court is of the opinion that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED AND DECREED that the above-styled and numbered action is hereby DISMISSED WITH PREJUDICE and court costs borne by the party incurring same.

IT IS FURTHER ORDERED AND DECREED that all other relief not expressly granted is hereby DENIED.

SIGNED this 25th day of June, 2004.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED AS TO FORM AND SUBSTANCE:

**Law Offices of J. Arnold Aguilar**
Artemis Square, Suite H-2,
1200 Central Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-1100
Facsimile: (956) 504-1408

Counsel for Plaintiffs

By: _____
   J. Arnold Aguilar
   State Bar No. 00936270
   Federal Bar No. 6822

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Brownsville Independent School District

By: _____
   Elizabeth G. Neally
   Texas Bar No. 14840400
   Federal Bar No. 8044

**WILLETTE & GUERRA, L.L.P.**
1534 East 6th Street, Suite 200
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

Counsel for Defendants Noe Sauceda and Eddie Errisuriz, Jr.

By: _____
   Eileen M. Leeds
   State Bar No. 00791093
   Federal Bar No. 16799
   Charles Willette, Jr.
   State Bar No. 21509700
   Federal Bar No. 1937